1   Sara D. Beller (SBN 316210)
    sara.beller@dolmanlaw.com
2   Matthew A. Dolman (*pro hac vice* forthcoming)
    matt@dolmanlaw.com
3   R. Stanley Gipe (*pro hac vice* forthcoming)
    stan.gipe@dolmanlaw.com
4   **DOLMAN LAW GROUP**
5   800 N. Belcher Rd.
    Clearwater, FL 33765
6   Telephone: (727) 451-6900
7   Facsimile: (727) 451-6907

8   *Attorneys for Plaintiff Jane Doe A.S.*

9                   **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11

12   JANE DOE A.S.,                          | Case No.:

13           Plaintiff,                      | **COMPLAINT**

14   v.                                      | (1) Fraudulent Concealment and
                                             |     Misrepresentations
15   ROBLOX CORPORATION,                     | (2) Negligent Misrepresentation
                                             | (3) Negligence – General
16           Defendant.                      | (4) Negligence – Failure to Warn
17                                           | (5) Negligence – Unreasonable Design
                                             | (6) Negligent Undertaking
18                                           | (7) Strict Liability – Design Defect
                                             | (8) Strict Liability – Failure to Warn
19

20                                           | **JURY TRIAL DEMANDED**

21

22

23

24

25

26

27

28

1

**TABLE OF CONTENTS:**

2    I.      INTRODUCTION ........................................................................................1

3    II.     PARTIES ..................................................................................................2

4            A.     Plaintiff ......................................................................................2

5            B.     Defendant ...................................................................................3

6    III.    JURISDICTION AND VENUE ...................................................................3

7    IV.     FACTUAL ALLEGATIONS AS TO ROBLOX ..........................................4

8            A.     Roblox Offers a Gaming App for Children. ....................................4

9
             B.     Roblox Lures Parents into Letting Their Kids Use Roblox with Promises of
10                  Safety. .......................................................................................8

11           C.     In Reality, Roblox Is a Digital and Real-Life Nightmare for Children. .................14

12                  1.     Roblox hosts and promotes graphic, sexually explicit content....................14

13                  2.     Roblox provides a hunting ground for child-sex predators. .......................22

14
             D.     Roblox Knowingly Causes and Facilitates the Sexual Exploitation of
15                  Children. ...................................................................................30

16                  1.     Roblox prioritizes growth over child safety...............................30

17                  2.     Roblox facilitates child sexual exploitation through the design of its
                          app, inadequate safety features, and refusal to invest in basic safety
18                        protections...................................................................35

19                  3.     Roblox's recent safety changes are woefully inadequate and fail to
                          address years of neglect and harm caused by its app...................44
20
      V.     PLAINTIFF-SPECIFIC ALLEGATIONS ...................................................50
21
      VI.    CAUSES OF ACTION ..............................................................................51
22
             FIRST CAUSE OF ACTION .......................................................................51
23           FRAUDULENT CONCEALMENT AND MISREPRESENTATIONS
             (By Plaintiff Against Defendant)
24
             SECOND CAUSE OF ACTION ...................................................................53
25           NEGLIGENT MISREPRESENTATION
             (By Plaintiff Against Defendant)
26
             THIRD CAUSE OF ACTION ......................................................................54
27           NEGLIGENCE – GENERAL
28

1

(By Plaintiff Against Defendant)

FOURTH CAUSE OF ACTION ........................................................................60
NEGLIGENCE – FAILURE TO WARN
(By Plaintiff Against Defendant)

FIFTH CAUSE OF ACTION ...........................................................................64
NEGLIGENCE – UNREASONABLE DESIGN
(By Plaintiff Against Defendant)

SIXTH CAUSE OF ACTION ...........................................................................67
NEGLIGENT UNDERTAKING
(By Plaintiff Against Defendant)

SEVENTH CAUSE OF ACTION .....................................................................69
STRICT LIABILITY – DESIGN DEFECT
(By Plaintiff Against Defendant)

EIGHTH CAUSE OF ACTION ........................................................................74
STRICT LIABILITY – FAILURE TO WARN
(By Plaintiff Against Each Defendant)

VII.    PRAYER FOR RELIEF ........................................................................77

VIII.   DEMAND FOR A JURY TRIAL.............................................................78

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jane Doe A.S. ("Plaintiff"), brings this action against Roblox Corporation ("Roblox" or "Defendant") to recover damages arising from the severe injuries that Plaintiff suffered because of Defendant's conduct in creating, designing, marketing, and distributing its mobile- and web-based application ("app"), and alleges as follows:

## I.    **INTRODUCTION**

1.      This action seeks to hold Roblox accountable for recklessly and deceptively operating businesses in a way that led to the sexual exploitation of Plaintiff. The heinous acts against Plaintiff were committed by dangerous child predators whose actions were possible only because of the egregiously tortious conduct of Defendant.

2.      Through its pervasive patterns of misrepresentations about safety, Defendant portrays its app as a safe and appropriate places for children to play. In reality, and as Defendant well knows, the design of its app makes children easy prey for pedophiles, and Defendant had no appropriate safeguards to ensure that children were in fact safe or that predators were screened. There are steps that Defendant could have taken to protect children and to make its app safer. But time and again Defendant has refused to invest in basic safety features to protect against exactly the kind of exploitation that Plaintiff suffered.

3.      The reason for Defendant's unlawful conduct is simple: Defendant prioritizes growing the number of users of its app over child safety. As one former Roblox employee explained in describing the company's approach to child safety, "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the numbers all look good and investors will be happy."[1] Defendant's prioritization of growth over the safety of children has devastated the lives of children who use its app.

4.      Plaintiff is a 19-year old woman who, as a young teenager, was an avid user of Defendant's app. She relied heavily on the app for entertainment and social interaction, making her

---

[1] *Roblox: Inflated Key Metrics for Wall Street and a Pedophile Hellscape for Kids*, Hindenburg Research (Oct. 8, 2024), https://hindenburgresearch.com/roblox/.

1  a prime target for the countless child predators that Defendant knew were freely roaming the app

2  looking for vulnerable children. At the time of the incident at issue, she was 13-years old.

3      5.      Plaintiff was targeted on Roblox by a predator who posed as a fellow child, and

4  exploited Plaintiff's age and vulnerability to build a false emotional connection with her by

5  promising friendship and connection. After capturing her trust, the predator escalated his grooming

6  of Plaintiff on Roblox. The predator sent Plaintiff graphic messages, sent her sexually explicit

7  images, and threatened Plaintiff when she refused his demands to send sexually explicit images

8  and videos of herself.

9      6.      Plaintiff suffered this sexual exploitation and abuse as the direct result of

10  Defendant's conduct. For years, Defendant has misrepresented and deliberately concealed

11  information about the pervasive predatory conduct that its app enables and facilitates. Had

12  Defendant disclosed the dangers and predatory activity occurring on its app, Plaintiff would not

13  have used it—or would have done so only under close parental supervision. Had Defendant taken

14  any steps to screen users before allowing them on the apps, Plaintiff would not have been exposed

15  to the large number of predators trolling the platform. Had Defendant implemented even the most

16  basic system of age and identity verification, as well as effective parental controls, Plaintiff would

17  never have engaged with this specific predator and never been harmed.

18      7.      Plaintiff has suffered unimaginable harm. Tragically, what happened to her is far

19  from an isolated event. Indeed, Plaintiff is just one of countless children whose lives have been

20  devastated as a result of Defendant's gross negligence and defectively designed app This action,

21  therefore, is not just a battle to vindicate Plaintiff's rights—it is a stand against Defendant's

22  systemic failures to protect society's most vulnerable from unthinkable harm in pursuit of financial

23  gain over child safety.

24  **II.    PARTIES**

25      **A.    Plaintiff**

26      8.      Minor Plaintiff Jane Doe A.S. is a citizen and resident of the State of North Dakota,

27  with a principal place of residence in Cass County.

28

---

COMPLAINT AGAINST ROBLOX CORPORATION                                    2

1    9.    Plaintiff has suffered profound and enduring harm. This includes significant

2    emotional distress, psychological trauma, and mental anguish. Plaintiff's experiences have led to a

3    loss of trust, safety, and personal security, depriving her of the opportunity for a normal and healthy

4    development. The injuries she sustained are severe, ongoing, and permanent, affecting her daily

5    life and emotional health in lasting and immeasurable ways.

6    10.    Plaintiff never entered into any contract with Defendant. To the extent Defendant

7    claims that Plaintiff attempted to accept an electronic terms and conditions clause by clicking

8    buttons on a screen that included language that Plaintiff did not read or understand, such an

9    assertion is legally erroneous, invalid, and unenforceable, including because Plaintiff disaffirms

10    any such contract, including any forced arbitration clause and any delegation clause in any contract;

11    and any arbitration agreement is invalid and unenforceable under the Ending Forced Arbitration of

12    Sexual Assault and Sexual Harassment Act, Pub. L. No. 117-90, codified at 9 U.S.C. §§ 401-402.

13    **B.**    **Defendant**

14    11.    Defendant Roblox Corporation is a Delaware corporation with its principal place of

15    business in San Mateo, California. Roblox owns, operates, controls, produces, designs, maintains,

16    manages, develops, tests, labels, markets, advertises, promotes, supplies, and distributes the Roblox

17    app. Roblox is widely available to consumers throughout the United States.

18    **III.    JURISDICTION AND VENUE**

19    12.    This Court has subject-matter jurisdiction over this action under 28 U.S.C. § 1332(a)

20    because Plaintiff and Defendant are citizens of different states and the amount in controversy

21    exceeds $75,000.

22    13.    This Court has personal jurisdiction over Defendant because it maintains its

23    principal place of business within this District.

24    14.    Venue is proper here under 28 U.S.C. § 1391(b) because Defendant is a resident of

25    California and resides in this District.

26    15.    Divisional Assignment. Assignment to the San Francisco Division is proper under

27    Civil L.R. 3-2(c) because Roblox is headquartered in San Mateo.

28    / / /

---

COMPLAINT AGAINST ROBLOX CORPORATION                                                3

1    **IV.    FACTUAL ALLEGATIONS AS TO ROBLOX**

2          **A.    Roblox Offers a Gaming App for Children.**

3          16.    Launched in 2006, Roblox is an online gaming app that allows users to play myriad

4    games, which the company refers to as "experiences." There are currently more than 40 million

5    experiences within the Roblox ecosystem. Most experiences on Roblox are created not by Roblox

6    but by individuals (often Roblox users) or companies that develop their own games and make them

7    available on Roblox for others to play.

8          17.    Roblox is easily accessible, including to children. It is free to download and play and

9    is available on gaming consoles, computers, tablets, and cellular devices.

10         18.    Roblox is designed to be an interactive experience, allowing and encouraging users

11   to communicate with each other. Gameplay interactions, user hubs, direct messaging, and voice chat

12   all promote social interactions between users. Roblox's co-founder and CEO David Baszucki has

13   explained that his vision is for Roblox to bring about "the next phase of human interaction," which

14   he also has described as "a new category of human coexperience."[2] Roblox has similarly explained

15   that it "operates a human co-experience platform . . . where users interact with each other to explore

16   and develop immersive, user-generated, 3D experiences."[3]

17         19.    Roblox designed its app for children. Roblox has marketed its app not only as the

18   "#1 gaming site for kids and teens"[4] but also as an educational experience for young users. Roblox

19   claims that it provides "new gateways into learning"—from "chemistry to physics to robotics and

20   more, Roblox experiences bring concepts to life in ways that immerse learners and motivate

21   exploration, play, and deep thinking."[5] These offerings, according to Roblox, include "high-quality,

22

23   ———————————————

24   [2] David Baszucki, Co-founder and CEO of Roblox, *The CEO of Roblox on Scaling Community-*
25   *Sourced Innovation*, Har. Bus. Rev., The Magazine, (Mar-Apr 2022), https://hbr.org/2022/03/the-
     ceo-of-roblox-on-scaling-community-sourced-innovation.
26   [3] Roblox Corp., Quarterly Report (Form 10-Q) (Mar. 13, 2021).
     [4] Roblox, *What Is Roblox*, http://web.archive.org/web/20170227121323/https://www.roblox.com/
27   (archived Feb. 27, 2017).
     [5] Roblox, *A New Era of Engaged Learning*, https://corp.roblox.com/education (last visited Feb.
28   11, 2025).

standards-aligned, immersive educational experiences designed by curriculum experts."[6]



*Roblox webpage – "A New Era of Engaged Learning"*

20. Roblox's popularity among children exploded during the pandemic when the app was flooded with millions of new users as kids were confined to their homes and glued to their devices. By September 2020, roughly 30 million people, more than half of them under 13, were on Roblox daily, making it the world's biggest recreational zone for kids.

21. That growth has continued unabated. In Roblox's 2023 Annual Report, the company reported an average of 68.5 million daily active users, with 21% under 9 years of age; 21% from 9-12 years of age; 16% from 13-16 years of age; and 41% over 17 years of age.

22. Today, Roblox is the most downloaded online game globally, and the average user spends 139 minutes a day on the app.[7]

23. Individuals who wish to play Roblox must create an account. It is extremely easy to "SIGN UP AND START HAVING FUN!" Users must provide only a birthdate, username, and password. Users of any age can create an account. There is no age minimum. Roblox does not require users to verify their age upon sign-up, so they can easily represent that they are younger or

---

[6] *Id.*

[7] Qustodio, *Research by App Category – Gaming*, https://www.qustodio.com/en/the-digital-dilemma/gaming/ (last visited Feb. 11, 2025).

1  older than their actual age.



*Roblox Sign-up Screen*

24.    Although Roblox states that children must have parental permission before signing up for an account, nothing prevents them from creating their own accounts and playing on Roblox. Roblox does nothing to confirm or document that parental permission has been given, no matter how young a child is. Nor does Roblox require a parent to confirm the age given when a child signs up to use Roblox.

25.    After creating an account, all users are assigned a default player avatar—a cartoonish character that represents the individual user within certain games.



*Example default avatar on Roblox.*

26.    They can then play in millions of experiences on the app. These games are sorted

into different genres/categories, such as Sports, Role-Playing Games, Fighting, First Person Shooters, Fashion, Horror, Comedy, Military, and Naval. The games recommended to a user will vary based on the age the user entered when generating their account and Roblox's algorithm that recommends games to the user.



*Examples of games available on Roblox.*

27.    Until November 2024, Roblox configured its app to default to settings that allowed adults to easily communicate with children. Adult strangers could "friend" and chat with a child of any age via direct (*i.e.*, private) message. Further, even without being "friends," adults could also chat with a child of any age within a Roblox experience through direct messages.

28.    Now, under Roblox's default settings, adults cannot directly message children under 13, but Roblox still does nothing to prevent children this young from creating accounts with fake 13+ birthdates, which gives them full access to Roblox's direct-messaging options. Roblox still relies on self-reported birthdates for age verification. Further, children 13 and over are still vulnerable to receiving friend requests—or direct messages within Roblox experiences—from adult strangers. There is also nothing that prohibits adults from entering fake birthdays and posing as children in their attempts to friend or otherwise communicate with children users.

29.    Roblox generates revenue largely by selling users an in-game digital currency called Robux, which they exchange for digital content such as online experiences and customized outfits and appearances for their avatars. Robux can be purchased in a single transaction or a user may subscribe to receive Robux on a recurring basis with a Roblox Premium membership. Roblox also

1   offers Robux gift cards that anyone can purchase and send to any user.

2       30.    Children frequently become obsessed with purchasing or otherwise obtaining Robux

3   to buy items for their avatars and to spend in their favorite experiences on Roblox. In Roblox's

4   Avatar Store, for example, the company sells rare items at astronomical prices, such as a type of

5   hair for an avatar, which children seek to purchase to keep up with or outdo their peers on Roblox.

6   As a result, children often tell others, including strangers, that they will do "Anything for Robux."[8]

7       **B.**    **Roblox Lures Parents into Letting Their Kids Use Roblox with Promises of**

8           **Safety.**

9       31.    Roblox's success and continued growth have hinged on its constant, false assurances

10   to parents that its app is safe for children. The company has offered such assurances throughout its

11   history and in every forum possible—on its website, through public promises of its highest

12   executives, in news articles, on podcasts, and on and on.

13       32.    Over the years, Roblox has repeatedly represented on its website that its app is safe

14   for children and has touted the safety controls it has in place. As early as 2007, Roblox's website

15   assured parents that Roblox is an "online virtual playground . . . where kids of all ages can safely

16   interact, create, have fun, and learn."[9]

17       33.    From 2008 to 2016, the website continued to promise parents, "We take every

18   precaution possible to make sure kids are protected from inappropriate and offensive individuals as

19   well as from indecent and distasteful content."[10] It also assured parents that Roblox had a zero-

20   tolerance policy for "swearing and obscenities, messages and content of a sexual or violent nature,

21   and any sort of aggressive or threatening communication," and "immediately suspended or

22

---

23   [8] Olivia Carville & Cecilia D'Anastosio, *Roblox's Pedophile Problem*, Bloomberg Businessweek (July 23, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.

24   [9] Roblox, *Frequently Asked Questions (FAQs)*,

25   https://web.archive.org/web/20071105104643/http://www.roblox.com/Parents/FAQs.aspx (archived Nov. 5, 2007).

26   [10] Roblox, *Keeping Kids Safe*,

https://web.archive.org/web/20080501101437/http://www.roblox.com/Parents/KeepingKidsSafe.a

27   spx (archived May 1, 2008); *see also* Roblox, *Information for Parents*,

https://web.archive.org/web/20160131063648/http://corp.roblox.com/parents (archived Jan. 31,

28   2016).

---

1    permanently expelled" any offenders.[11]

2        34.    The website has consistently sought to paint Roblox as "family friendly" and safe for

3    children of all ages. In 2017, Roblox began declaring that it "take[s] kids' safety and privacy very

4    seriously" and "strive[s] to continually develop new and innovative technologies that will protect

5    the safety of our community while allowing players to imagine, create, and play together in a family-

6    friendly environment."[12] Roblox similarly has advertised its app as "a safe, moderated place to meet,

7    play, chat, and collaborate on creative projects."[13]

8    As the largest growing social platform for play, Roblox gives players a safe, moderated place to meet, play, chat,
     and collaborate on creative projects. If so inclined, they can even go on to learn how to build and code immersive

9    experiences for others, all at their own pace.



*Excerpt from Roblox Parent's Guide in 2017*

20      35.    Roblox's website representations have remained largely unchanged since then. In

21    2023, for example, Roblox assured parents that it "continually develop[s] cutting-edge technologies

22    to ensure that the Roblox platform remains a safe and fun space for players all over the world."[14]

23    _____

24    [11] *Id.*

25    [12] Roblox, *Parents' Guide*,
     https://web.archive.org/web/20170716032712/https://corp.roblox.com/parents/ (archived Jul. 16,

26    2017).

    [13] *Id.*

27    [14] Roblox, *For Parents*,
     https://web.archive.org/web/20230405060048/https://corporate.roblox.com/parents/ (archived

28    Apr. 5, 2023).

_____

COMPLAINT AGAINST ROBLOX CORPORATION                                                    9

1  Roblox claimed that the company was "dedicated to working together with parents and digital safety

2  experts to promote a family-friendly environment that allows all players to imagine, create, and play

3  online."[15] Roblox emphasized that it is "committed to ensuring that Roblox is a safe and fun place

4  for everyone."[16] According to Roblox, it "goes above and beyond to foster an environment where

5  people of any age can create, play, learn, and imagine safely. We've kept children's privacy and

6  safety top-of-mind when designing our platform, especially through the implementation of advanced

7  text filters that block inappropriate language or other unsafe content."[17]

8      36.    Roblox's website today contains similar assurances. It claims, "Safety is in our DNA:

9  when Dave Baszucki and Erik Cassel launched Roblox in 2006, they spent a few hours each day

10  with the community, helping to ensure that Roblox was a safe and welcoming environment. Safety

11  was their top priority, and they made constant improvements in their moderation, both for content

12  and for communication on the platform."[18]

13      37.    According to the current website, Roblox "won't allow language that is used to

14  harass, discriminate, incite violence, threaten others, or used in a sexual context."[19] Roblox touts a

15  "stringent safety system and policies,"[20] which include its "expertly trained team with thousands of

16  members dedicated to protecting our users and monitoring for inappropriate content"; its "safety

17  review of every uploaded image, audio, and video file, using a combination of review by a large

18  team of human moderators and machine detection before they become available on our platform";

19

20  _____

21  [15] *Id.*

    [16] Roblox, *Roblox FAQ*,
22  https://web.archive.org/web/20230328011957/https://corporate.roblox.com/faq/ (archived Mar.
    28, 2023).
23  [17] Roblox, *Roblox & User Data FAQ*, https://en.help.roblox.com/hc/en-
    us/articles/4406238486676-Roblox-User-Data-FAQ (last visited Feb. 11, 2025).
24  [18] Roblox, *Safety Comes First on Roblox*, https://corp.roblox.com/safety-civility-
    resources?section=news&article=safety-comes-first-on-roblox (last visited Feb. 11, 2025).
25  [19] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://en.help.roblox.com/hc/en-
26  us/articles/203313120-Safety-Features-Chat-Privacy-
    Filtering#:~:text=Players%20have%20different%20safety%20settings,and%20phrases%2%200tha
27  n%20younger%20players (last visited Feb. 11, 2025).
    [20] Roblox, *Safety & Civility at Roblox*, https://en.help.roblox.com/hc/en-
28  us/articles/4407444339348-Safety-Civility-at-Roblox (last visited Feb. 11, 2025).

1  and its chat filters for inappropriate content, which "are even stricter" for children under 13 and

2  "include any potentially identifiable personal information, slang etc."[21]

3      38.    These false promises and assurances are not confined to Roblox's website. They are

4  repeated in statements by the company's highest executives—including in direct response to

5  concerns raised by parents.

6      39.    In 2009, a blogger wrote about blocking Roblox because he doubted its safety for his

7  children. CEO David Baszucki responded to the blogger reassuring him that Roblox flags

8  "obviously offensive content" and removes it, and if "something is marginal, but gets flagged as

9  inappropriate," Roblox "investigate[s] immediately."[22]

10      40.    In a 2013 *Wired* interview, when asked whether a parent should be concerned about

11  whom his child was chatting with in-game, Baszucki declared, "We take every precaution possible

12  to make sure kids are protected from inappropriate and offensive individuals as well as from

13  indecent and distasteful content," taking a sentence verbatim from Roblox's webpage for parents.[23]

14      41.    Tami Bhaumik, Roblox's current Vice President of Civility & Partnerships, has

15  doubled down on these promises in statements to parenting magazines, news outlets, and podcasts—

16  all aimed at persuading parents to let their children use Roblox. She also has contacted international

17  online safety experts in an effort to sell Roblox's safety story.

18      42.    As recently as 2024, Bhaumik told *Parents Magazine* that "[w]e have a responsibility

19  to make sure our players can learn, create, and play safely. This continues to be our most important

20  priority and that will never change."[24]

# Parents

---

[21] *Id.*

[22] Eric Frenchman, *Revisiting Roblox*, Pardon My French (Oct. 5, 2009), https://pardonmyfrench.typepad.com/pardonmyfrench/2009/10/revisiting-roblox.html.

[23] Tony Sims, *Interview with David Baszucki, Founder & CEO of Roblox*, Wired (Feb. 7, 2013), https://www.wired.com/2013/02/roblox/.

[24] Maressa Brown, *Is Roblox Safe for Kids? Here's What the Experts Have to Say*, Parents Magazine (Apr. 29, 2024), https://www.parents.com/kids/safety/internet/is-roblox-safe-forkids/.

In response to safety concerns, Roblox notes that the platform was designed for kids and teens from the beginning, and they're committed to making safety a priority. "We have a responsibility to make sure our players can learn, create, and play safely," notes Tami Bhaumik, Vice President of Civility & Partnerships at Roblox. "This continues to be our most important priority and that will never change."

43.    Such statements by Bhaumik date back years. In 2018, Bhaumik told the *Washington Post* that Roblox "focus[es] on making sure that everything is done in a safe and appropriate way."[25] That year, she also claimed to another newspaper that Roblox's "safety team reviews every uploaded image, video, and audio file used within our games to make sure they are safe and age appropriate."[26] She also boasted that Roblox has "created extensive parental controls for our games and a detailed Roblox Parent's Guide that provides information to parents to help create a Roblox experience that's best for their child."[27]

44.    In 2019, while presenting on a "Digital Civility Panel," Bhaumik emphasized that "[w]e make sure there's a safe environment," citing Roblox's "tremendous reporting system" and "incredible moderation and CS team that reacts very, very quickly."[28] On that same panel—and in contradiction to Roblox's representation that it had always taken "every precaution possible" to protect children—Bhaumik conceded that "digital civility did not exist at Roblox a year and a half ago and we established this and made it a movement within our company."[29] She added later, "It's

---

[25] Hayley Tsukayama, *Roblox, an Online Kids Game, Explains How a Hack Allowed a Character's Virtual 'Rape'*, Wash. Post. (Jul. 17, 2018), https://www.washingtonpost.com/technology/2018/07/17/roblox-an-online-kids-game-explains-how-hack-allowed-characters-virtual-rape/.
[26] Chris Pollard, *Police Warn that Children as Young as Five-Years-Old are Seeing Naked Lego-Type Characters Having Sex on Roblox App*, The Sun (Jan. 29, 2018), https://www.thesun.co.uk/news/5445444/roblox-app-children-danger-sex-warning/.
[27] *Id.*
[28] YouTube, Digital Civility Panel (Oct. 23, 2019), https://www.youtube.com/watch?v=XoUs1Js7WG0&list=PLcKphP00N1_kCLjvcOWdwbegJkNSL-CuL&index=6.
[29] *Id.*

---

1    still very early days for us. This whole digital civility focus for Roblox is still there, we're just still

2    establishing it."[30]

3        45.    In a 2022 video interview about safety on Roblox, Bhaumik asserted that Roblox's

4    "number one priority" is "to create a safe, civil, and inclusive community" and that "[s]afety and

5    civility has always been baked into everything that we do."[31] That year, on a podcast, she also

6    bragged about Roblox's purported safety protections, including "thousands of human moderators

7    on the front lines" and "machine learning that is constantly taking a look at chat filters."[32] With

8    these and other measures, she exclaimed, "[a]ny sort of bad actor that comes onto the platform is

9    dealt with swiftly" and "[w]e remove any content that's reported to us within minutes."[33]

10       46.    In 2023, Matt Kaufman, formerly the Chief Systems Officer for Roblox, was

11    appointed Chief Safety Officer, at which point he too began peddling Roblox's child safety

12    narrative.

13       47.    In a 2024 blog post on Roblox's website, Kaufman asserted that "Roblox has spent

14    almost two decades working to make the platform one of the safest online environments for our

15    users, particularly the youngest users. Our guiding vision is to create the safest and most civil

16    community in the world."[34] According to Kaufman, "For users under 13, our filters block sharing

17    of personal information and attempts to take conversations off Roblox, where safety standards and

18    moderation are less stringent."[35] A few months later, he added, "Safety is and always has been

19    foundational to everything we do at Roblox."[36]

20    _____

21    [30] *Id.*

22    [31] Video Interview with Tami Bhaumik, Roblox's VP of Digital Civility & Partnerships (2022), https://www.facebook.com/bedford.sheriff/videos/roblox-how-to-help-kids-use-itsafelyrobloxs-

23    vp-of-digital-civility-partnerships/1338989609901259/.

        [32] YouTube, Into the Metaverse, Podcast: EP.21: Tami Bhaumik (Roblox) - Building a Safe &

24    Resilient Metaverse, https://www.youtube.com/watch?v=LT5_bBOYS9A.

25    [33] *Id.*

        [34] Matt Kaufman, Chief Safety Officer, *Driving Civility and Safety for All Users*, Roblox (July 22,

26    2024), https://corp.roblox.com/newsroom/2024/07/driving-civility-and-safety-for-allusers.

        [35] *Id.*

27    [36] Matt Kaufman, Chief Safety Officer, *Major Updates to Our Safety Systems and Parental Controls*, Roblox (Nov. 18, 2024), https://corp.roblox.com/newsroom/2024/11/major-updates-to-

28    our-safety-systems-and-parental-controls.

48.     In a later blog post, Kaufman touted Roblox's "track record of putting the safety of the youngest and most vulnerable people on our platform first."[37]

49.     Kaufman also recently told *NPR* that "any time anything happens to a child that puts them at risk is one too many."[38]

**C.      In Reality, Roblox Is a Digital and Real-Life Nightmare for Children.**

50.     Roblox's public statements and promises are carefully crafted to paint the picture of a digital playground that is safe and appropriate for children. When parents, the press, or child advocates raise questions and concerns, the company's highest executives respond with comforting promises of safety.

51.     This campaign of reassurance masks the truth about Roblox. Far from creating a safe place for children, Roblox designed, built, and maintains a toxic environment that has enabled obscene material to flourish and, worse, enables predatory pedophiles to hunt, groom, and sexually exploit children. What Roblox represents as a safe, appropriate space for children is, in fact, a digital and real-life nightmare for kids.

**1.   Roblox hosts and promotes graphic, sexually explicit content.**

52.     Roblox is a vast ecosystem offering an endless array of not just online games but also immersive virtual worlds where children's customized avatars can engage in activities like playing house, adopting pets, and mimicking adult behaviors, including sexually explicit ones.

53.     These games and virtual worlds are brought to life through developer tools that Roblox designs, controls, and makes available to third parties. These tools, which include scripting capabilities, 3D modeling systems, and other software supply the infrastructure needed to create content for the Roblox platform. Roblox has the power to control the use of these tools. Instead,

---

[37] Matt Kaufman, Chief Safety Officer, *Scaling Safety and Civility on Roblox*, Roblox (Apr. 4, 2024), https://corp.roblox.com/newsroom/2024/04/scaling-safety-civility-roblox.

[38] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

1  over the years, the company has given third parties essentially unfettered access to use the tools to

2  build what they want, with no meaningful oversight or safeguards. The results are deplorable.

3  54.    As early as 2010, Roblox's virtual games had already devolved into hosting and

4  promoting sexually explicit content. Roblox's scripting language, which allows developers to

5  manipulate avatar activity and interactions any way they want, was deployed to create scenarios

6  where avatars engaged in simulated sexual activity.[39]

7  55.    This simulated sexual activity pervades Roblox. There have been numerous reports

8  of children's avatars being raped by other users' avatars. For example, in 2018, a seven-year-old

9  girl's avatar was violently raped by two male avatars *on a playground* in a Roblox experience,

10  which was witnessed by the girl's mother.[40] In describing the aftermath of this traumatic

11  experience, the girl's mother exclaimed, "I never in my wildest dreams would've ever imagined

12  that I would have to talk with my seven-year-old about rape."[41]

13  56.    Roblox also hosts a staggering number of experiences centered on simulated sexual

14  activity. For instance, children can play in "condo games"—predatory digital environments,

15  including houses, where users can remove their avatars' virtual clothing, revealing nudity, and

16  engage in disturbing simulated sexual activities with other Roblox users.[42] They can also play

17  games like "Public Bathroom Simulator Vibe," which allows access to users as young as nine

18  years old and enables users to simulate sexual activity in virtual bathrooms,[43] as well as virtual

19  strip clubs, where child avatars perform sexually explicit acts, like giving lap dances to patrons.[44]

---

[39] *See, e.g.*, YouTube, *How to Do Roblox Sex Glitch*,
https://www.youtube.com/watch?v=Zz97Q1SQE_k; *see also* YouTube, *Roblox Sex?*,
https://www.youtube.com/watch?v=hyqCHG6nUYI.

[40] Savannah Levins, *North Carolina Mom Outraged After Roblox Game Depicts Violent Acts, Including Rape*, WFMYNews2 (June 30, 2018),
https://www.wfmynews2.com/article/news/local/2-wants-to-know/north-carolina-mom-outraged-after-roblox-game-depicts-violent-acts-including-rape/83-569498171.

[41] *Id.*

[42] EJ Dickson, *Inside the Underground Strip-Club Scene on Kid-Friendly Gaming Site Roblox*, Rolling Stone (Sep. 12, 2021), https://www.rollingstone.com/culture/culture-features/roblox-virtual-strip-clubs-condo-games-sex-1197237/.

[43] Hindenburg, *supra* note 1.

[44] Dickson, *supra* note 42.

1
2
3
4
5
6
7
8
9



(Source: Roblox "Public Bathroom Simulator / Game)

10
11

*Roblox's Public Bathroom Simulator Game is rated ages nine and up and allows users to simulate sexual activity.*[45]

12    57.    A recent investigative report also exposed a multitude of other exploitative

13    experiences on Roblox that recklessly trivialize and gamify serious criminal conduct, including

14    rape. The report confirmed that Roblox actively hosted over 600 "Diddy" games, with titles like

15    "Survive Diddy," "Run from Diddy Simulator," and "Diddy Party," which appear to recreate

16    reported incidents involving the music mogul Sean Combs, publicly known as "Diddy." Diddy

17    was indicted for sex trafficking of minors and other grievous criminal charges regarding

18    allegations surrounding reports about "freak-off" parties—events which, according to multiple

19    lawsuits and media reports, allegedly involved forced drug use, violent assaults, and the sex

20    trafficking of minors, including victims as young as 10 years old.

21
22
23
24
25
26
27
_____

28    [45] Hindenburg Research, *supra* note 1.



*Examples of Roblox games modeled after Diddy's sex trafficking ventures.*[46]

58.    This report also revealed that Roblox permitted more than 900 Roblox accounts displaying variations of convicted sex trafficker Jeffrey Epstein's name, such as "JeffEpsteinSupporter," whose account Roblox actively permitted to be openly engaged in children's games. Roblox also allowed games like "Escape to Epstein Island"—a title that directly references one of the locations where for years Epstein trafficked minors and other non-consenting individuals so he and others could sexually and physically abuse them.



*Example of Roblox game modeled after Jeffrey Epstein's sex trafficking ventures.*[47]

---

[46] *Id.*
[47] *Id.*

COMPLAINT AGAINST ROBLOX CORPORATION                                    17

59.     Roblox played a direct role in enabling these rampant, sexually exploitative experiences. Roblox is fully aware that these experiences pervade its app, and it allows them to continue to exist unchecked despite the ability to control or eliminate them. Leaked internal Roblox documents reveal that Roblox monitored this type of content and made decisions such as "[h]ow big of a 'bulge'" was acceptable, and, with the introduction of layered clothing for avatars (*i.e.*, allowing avatars to wear multiple layers of clothing), whether players could be nude.[48] By allowing this type of content to exist and be easily accessible, Roblox directly contributed to the proliferation of games simulating sexual activity, such as condo games and virtual strip clubs.

60.     The effects of these games on children can be devastating. Playing video games with explicit sexual content normalizes exploitative and predatory behavior, blurring the lines of what is acceptable in real life. This is particularly harmful for children, who are still developing their understanding of social norms and morality. When such behavior is depicted as humorous, exciting, or rewarded within a game, young players can internalize the idea that harassment or sexual exploitation is harmless or even acceptable.

61.     Studies support this connection. One study found that playing games with sexualized content was linked to increased rates of sexual harassment toward female targets, suggesting that such exposure desensitizes players to the real-world consequences of these actions.[49] Another study showed that playing mature-rated games was associated with higher rates of risky sexual behavior years later, highlighting the long-term impact of exposure to sexualized or exploitative content.[50]

62.     The interactive nature of games amplifies this effect. Unlike passive media, video games require players to actively participate in behaviors, including those that simulate harassment or exploitation, reinforcing the perception that such actions are normal or desirable. This

---

[48] Joseph Cox & Emanuel Malberg, *Leaked Documents Reveal How Roblox Handles Grooming and Mass Shooting Simulators*, Vice (Aug. 1, 2022), https://www.vice.com/en/article/leaked-documents-how-roblox-moderates-content-mass-shootings-grooming/.

[49] Jonathan Burnay, Brad J. Bushman & Frank Larøi, *Effects of Sexualized Video Games on Online Sexual Harassment*, 45 Aggressive Behavior 2, 214 (March/April 2019).

[50] Jay G. Hull et al., *A Longitudinal Study of Risk-Glorifying Video Games and Behavior Deviance*, J. Pers. Soc. Psychol. 2014 August; 107(2): 300–325. doi:10.1037/a0036058.

1    environment not only desensitizes children but also makes them more likely to replicate these

2    actions in real-world interactions.

3         63.    The dangerous content on Roblox is not limited to online games. The recent

4    investigative report discussed above found that a basic search for "adult" in Roblox revealed a group

5    with 3,334 members "openly trading child pornography and soliciting sexual acts from minors."[51]

6    And tracking these members unearthed additional Roblox groups engaged in the same criminal

7    conduct, including one massive group with 103,000 members.[52] Yet Roblox failed to implement

8    any age restrictions on these criminal groups, deliberately leaving them accessible to all users.[53]



*Public chat wall for a group named "Adult Studios," where users openly solicited
child pornography.*[54]

23        64.    Roblox has also enabled individuals to create an entire category of pornographic

24   content. Using Roblox's tools and software, users make virtual sex videos between avatars on

_____

[51] Hindenburg Research, *supra* note 1.
[52] *Id.*
[53] *Id.*
[54] *Id.*

1   Roblox. These videos are clearly marked with the .rbxl file extension—Roblox's proprietary file

2   format—establishing that this content was created within the Roblox application. Moreover, on

3   XVideos, a porn website, Roblox users seek out other users to simulate sexual acts within seemingly

4   innocuous games, like Brookhaven, which is one of Roblox's most popular experiences and is

5   available to all users, regardless of age.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16
17

*This Roblox user advertised their Roblox account on porn website, XVideos, where they had uploaded videos of their avatar having sex with other Roblox users.*[55]

18
19
20
21
22
23
24



25

*Searching "Roblox" on XVideos, a porn website, yields more than 250,000 results.*[56]

26
27

---

28

[55] *Id.*
[56] *Id.*



*The comment section on a Roblox porn video on XVideos – Brookhaven is one of Roblox's most popular games and is available to users of all ages.*[57]

65.     In sum, the online environment that Roblox hosts and enables contradicts its representations of providing a safe product, demonstrating Roblox's blatant disregard for the safety of its youngest users and revealing the company's prioritization of user engagement over its fundamental duty to protect young users.

**2. Roblox provides a hunting ground for child-sex predators.**

66.     For years, Roblox has served as the online platform of choice for predators seeking to find, groom, abuse, and exploit children. Roblox provides predators with easy access to tens of millions of children and allows these predators to freely move between inappropriate content and popular games to identify and target vulnerable young users. By doing so, Roblox has demonstrated reckless indifference to its fundamental obligation not to create and foster an environment that places children at significant risk of sexual exploitation.

67.     These systematic patterns of exploitation on Roblox follow a predictable and preventable sequence that the company has known about and facilitated for years: a predator misrepresents their age to other users on the app, cosplaying as a fellow child, methodically

---

[57] *Id.*

1    befriends the vulnerable young victim, and then strategically manipulates the child to move the

2    conversation off Roblox to other popular apps, such as Discord or Snapchat.

3        68.    As the recent *Bloomberg Businessweek* article titled *Roblox's Pedophile Problem*

4    put it, "These predators weren't just lurking outside the world's largest virtual playground. They

5    were hanging from the jungle gym, using Roblox to lure kids into sending photographs or

6    developing relationships with them that moved to other online platforms and, eventually, offline."[58]

7        69.    Roblox, in effect, serves as an initial access point to children for predators. Media

8    reports have repeatedly highlighted that Roblox "is being used as a first point of contact for

9    predators."[59] The children, due to their underdeveloped brains, are more trusting and naïve, and

10   often fail to recognize the danger of providing their usernames on other sites.

11       70.    Once on another app, like Discord or Snapchat, predators escalate their exploitation

12   by soliciting explicit material, like nude photos or videos of children doing sexually inappropriate

13   acts, all of which constitute child pornography. And while the ultimate solicitation of explicit

14   photos or other criminal acts may occur on other apps, Roblox serves as the critical facilitator that

15   enables these predators to first identify, target, and gain the trust of young victims through its app's

16   design and inadequate safety measures.

17       71.    Roblox's app and profit-driven virtual currency system enable predators to exploit

18   children, often by trading or extorting Robux in exchange for explicit photos. Predators commonly

19   offer children Robux for these photos or demand Robux to avoid publicly releasing them, directly

20   tying Roblox's profits to the sexual exploitation of children. Roblox's manipulative reward systems

21   and social dynamics, intentionally designed to exploit children's developmental vulnerabilities,

22   create psychological pressures that predators weaponize for extortion.

23       72.    Despite full awareness of how its app facilitates such exploitation, Roblox continues

24   to profit from these tactics by collecting transaction fees on Robux exchanges. Its reckless

25

26   _____

27   [58] Carville & D'Anastosio, *supra* note 8.

     [59] National Center on Sexual Exploitation, *The Dirty Dozen List '24: Roblox*,

28   https://endsexualexploitation.org/roblox/ (last updated Dec. 4, 2024).

1  indifference to the consequences of its deliberately engineered app mechanics highlights its

2  prioritization of profits over the safety and well-being of its young users.

3      73.    Roblox enables another pattern of predatory grooming in which predators employ

4  immediate blackmail tactics and make no attempt to ingratiate themselves with the children, but

5  instead threaten them from the outset. The predator will often threaten to post nude photos of others

6  online, but claim that the child victim is the person depicted unless the child complies with the

7  predator's demands. Through its deliberately insufficient monitoring systems, Roblox allows

8  predators to threaten children with false claims about possessing and potentially releasing explicit

9  photos, coercing young victims into complying with criminal demands.

10     74.    Regardless of how the initial grooming relationship begins, which is often as simple

11 as someone asking the child to be their boyfriend or girlfriend, the predators also often attempt to

12 make in-person contact with the child. The dangerous progression from Roblox's online app to

13 real-world violence reveals the devastating consequences of the company's product. Roblox's app

14 enables predators to escalate from virtual contact to orchestrating physical meetings, leading to

15 harassment, kidnapping, trafficking, violence, and sexual assault of minors, all instances of which

16 these children suffered as a direct result of Roblox's actions.

17     75.    Through numerous well-documented and publicized cases, Roblox has long been

18 aware of the systemic exploitation that its app enables and facilitates. For years, countless children

19 have been sexually exploited and abused by predators they met on Roblox.

20     76.    For example, in 2017, Roblox's app enabled a predator to target an eight-year-old

21 child and solicit explicit photos, prompting one mother to observe that Roblox had created "the

22 perfect place for pedophiles."[60]

23     77.    In 2018, Roblox's app enabled a predator posing as a child to coerce a nine-year-old

24 girl into performing and filming sexually abusive acts on her four-year-old brother through violent

25 _____

26 [60] Pei-Sze Cheng, Evan Stulberger & Dave Manney, *I-Team: Popular Online Gaming Site for*

27 *Kids is Breeding Ground for Child Sex Predators, Mother Says*, NBC New York (Apr. 6, 2017),
   https://www.nbcnewyork.com/news/local/video-game-warning-roblox-child-sex-predator-online-

28 site-investigation-what-to-know/87438/.

1    threats, including of death, against her family.[61] That year, 24 men in New Jersey were also charged

2    with soliciting sex from minors as part of a sting operation, where the New Jersey State Police

3    Lieutenant specifically called out Roblox as a place where "individuals are posing as someone else"

4    in order "to gain someone's trust."[62]

5        78.    In 2019, a Florida predator systematically used Roblox to target children ages 10-

6    12, moving them to Discord to coerce the children into sending him naked pictures of themselves.[63]

7    That year, a man in Wales encouraged 150 children to engage in sexual activity by contacting them

8    through Roblox, where he pretended to be a child and used fake names.[64]

9        79.    During the pandemic, reports of child sex abuse facilitated by Roblox accelerated.

10    In 2020, for example, Roblox enabled a 47-year-old predator to pose as a teenager, target a 16-year-

11    old girl, move the conversation to Facebook, solicit explicit photos and videos, all of which

12    constituted child pornography,[65] and ultimately traffic her across state lines, raping her multiple

13    times.[66] In Michigan, a man was arrested for persuading an eight-year-old girl to send him videos

14    of herself, in various stages of undress, in exchange for Robux.[67] The perpetrator had been arrested

15    for similar offenses three years earlier and was a registered sex offender in Kansas. This perpetrator

16

17    ————————————————

18    [61] Briana Barker, *Internet Safety and Your Children: How Kids are at Risk*, Record-Courier (Mar.
19    27, 2018), https://www.record-courier.com/story/news/2018/03/27/internet-safety-your-children-how/12899346007/.

20    [62] *Cop, Firefighter Among 25 Charged in Child Luring Sting*, Fox 13 Tampa Bay (Sep. 25, 2018), https://www.fox13news.com/news/cop-firefighter-among-24-charged-in-child-luring-sting.

21    [63] Max Chesnes, *Deputies Say Vero Beach Man Used Popular Video Game Platforms to Target Children*, TC Palm (Aug. 20, 2019), https://www.tcpalm.com/story/news/crime/indian-river-
22    county/2019/08/20/detectives-advise-online-safety-after-vero-beach-man-used-video-game-platforms-target-minors/2059599001/.

23    [64] Liz Day, *Paedophile Groomed 150 Children to Engage in Sexual Activity Using Online Game Roblox*, Wales Online (May 10, 2019), https://www.walesonline.co.uk/news/wales-
24    news/paedophile-groomed-150-children-engage-16258877.

25    [65] U.S. Dep't of Justice, *Magnolia Man Gets Life For Exploiting Young Female He Met and Communicated With Via Roblox and Facebook* (Oct. 15, 2020), https://www.justice.gov/usao-
26    sdtx/pr/magnolia-man-gets-life-exploiting-young-female-he-met-and-communicated-roblox-and.
    [66] *United States v. McGavitt*, 28 F.4th 571, 578 (5th Cir. 2022).

27    [67] *Man Arrested for Inappropriate Relationship with 8-Year-Old Bloomfield Twp. Girl Through Roblox*, WXYZ Detroit (Sep. 24, 2020), https://www.wxyz.com/news/man-arrested-for-
28    inappropriate-relationship-with-8-year-old-bloomfield-twp-girl-through-roblox.

1  was not the only convicted sex offender who was able to freely create accounts on Roblox: in 2021,

2  a convicted sex offender used Roblox to sexually solicit a 12-year-old child.[68] And in 2022, a 33-

3  year-old man groomed a 13-year-old girl on Roblox, transported her from her home in Kansas to

4  his home in Georgia, and raped her multiple times.[69]

5      80.    2023 was more of the same. For example, a 30-year-old man was arrested for

6  soliciting illicit photos from young victims and authorities reported that he had three separate

7  Roblox accounts.[70] A 27-year-old man was arrested for kidnapping an 11-year-old girl whom he

8  met on Roblox.[71] A 23-year-old New Jersey man, who was a prominent Roblox developer with a

9  known history of exploiting children via Roblox, was sentenced to 15 years in prison for grooming

10 a 15-year-old girl, transporting her to his house, and sexually abusing her.[72]

11     81.    Similar incidents continued throughout 2024. For example, a 21-year-old Chilean

12 man was arrested for traveling to the U.S. to meet an underage girl he met on Roblox, where he

13 had "spent several months manipulating and grooming" her.[73] A 21-year-old in California pled

14 guilty for directing a 10-year-old girl, whom he met on Roblox, to disrobe and touch herself.[74] A

15

16

---

17 [68] Jeff Bonty, *Man Charged With Soliciting Juvenile Through Roblox*, Daily Journal (Jul. 23, 2021), https://www.shawlocal.com/daily-journal/.

18 [69] Fox 5Atlanta Digital Team, *Clayton County Man Charged with Sex Trafficking, Rape of 13-year-old Girl He Met on Gaming App Roblox*, Fox5 (Mar. 2, 2022),

19 https://www.fox5atlanta.com/news/clayton-county-man-charged-with-sex-trafficking-rape-of-kansas-girl.

20 [70] City of Fontana Police Department, *Internet Predator Arrested,* Facebook (Dec. 20, 2023), https://www.facebook.com/watch/?v=338311109095057.

21 [71] *Man Charged in Kidnapping of 11-year-old He Met Through Roblox from Her NJ Home:*

22 *Police*, ABC7 (Oct. 21, 2023), https://abc7ny.com/roblox-kidnapping-new-jersey-online-grooming/13927383/.

23 [72] U.S. Dep't of Justice, *New Jersey Man Sentenced to 15 Years in Federal Prison After Grooming Minor Online and Transporting Her Across State Lines Via Uber for Sex* (Aug. 30, 2023),

24 https://www.justice.gov/usao-sdin/pr/new-jersey-man-sentenced-15-years-federal-prison-after-grooming-minor-online-and.

25 [73] Grace Toohey, *Chilean Man Groomed 13-Year-Old Girl He Met on Roblox Before Flying to*

26 *U.S. to Meet Her, Police Say*, L.A. Times (Aug. 22, 2024),
https://www.latimes.com/california/story/2024-08-22/chilean-arrest-roblox-child-exploitation.

27 [74] Ashley Harting, *Online Predator Who Targeted 10-Year-Old on Roblox Pleads Guilty in Butte County*, KRCR (Sep. 25, 2024), https://krcrtv.com/news/local/online-predator-who-targeted-10-

28 year-old-on-roblox-pleads-guilty-in-butte-county.

64-year-old man admitted to posing as a 13-year-old boy on Roblox, where he met a 12-year-old girl and convinced her to send sexually explicit photos of herself and a young relative.[75] A 29-year-old Michigan man befriended and groomed an 11-year-old girl on Roblox by posing as a teenager and then coerced the girl into sending multiple explicit photos of herself.[76] And a 24-year-old man raped a 10-year-old girl he had met on Roblox.[77]

82.    Despite supposed "parental controls" that Roblox implemented in 2024 and 2025, predators continue to enjoy easy access to children on the app, causing devastating harm. For example, in April 2025, a California man was arrested and charged with kidnapping and engaging in unlawful sexual conduct with 10-year-old girl whom he met and communicated with on Roblox.[78] The next month, a 17-year-old Florida teenager was arrested after authorities learned he had been communicating on Roblox with numerous children, some as young as eight-years-old, over the course of a year, and convinced them to send him sexually explicit images of themselves.[79] And just a few days later, a New York man who used Roblox to connect with 11- and 13-year-old girls was arrested and federally charged with enticement and possession of child pornography.[80]

---

[75] Travis Schlepp, *Man, 64, Admits to 'Catfishing' Girl on Roblox, Convincing Her to Send Explicit Images*, KTLA 5 (Jul. 26, 2024), https://ktla.com/news/california/man-64-admits-to-catfishing-girl-on-roblox-convincing-her-to-send-explicit-images/.

[76] Michael Martin, *Roblox Predator: School Staffer Accused of Grooming West Michigan Child for Illicit Photos*, Fox17 West Michigan (Jan. 16, 2025), https://www.fox17online.com/news/local-news/roblox-predator-school-staffer-accused-of-grooming-west-michigan-child-for-illicit-photos.

[77] Martin Robinson, *Roblox Predator Who Raped 10-year-old Girl is Locked Up: Paedophile Who 'Targeted Child He Met on Gaming Platform Is Jailed for Six Years*, Daily Mail (Jan. 17, 2025), https://www.dailymail.co.uk/news/article-14278563/Roblox-predator-raped-10-year-old-girl.html.

[78] *Elk Grove Man Accused of Kidnapping Kern County Girl He Communicated with on Roblox*, CBS News (Apr. 18, 2025), https://www.cbsnews.com/sacramento/news/elk-grove-man-accused-kidnapping-kern-county-girl-roblox/.

[79] Briana Trujillo, *Ocala 17-Year-Old Convinced Kids to Send Him Sex Abuse Material on Roblox*, NBC (May 2, 2025), https://www.nbcmiami.com/news/local/ocala-17-year-old-convinced-kids-to-send-him-sex-abuse-material-on-roblox/3605691/.

[80] U.S. Dep't of Justice, *Fairport Man Who Used Roblox to Attempt to Communicate with Minors for Sex Arrested* (May 6, 2025), https://www.justice.gov/usao-wdny/pr/fairport-man-who-used-roblox-attempt-communicate-minors-sex-arrested.

83.    While most predators on Roblox lure children into their grasp by pretending to also be children, many predators do not even hide their intentions, roaming Roblox with usernames like like "@Igruum_minors," "@RavpeTinyK1dsJE," and "@EarlBrianBradley"—a reference to one of the most prolific pedophiles ever, who raped and molested hundreds of children.



*Results from an account search for "earlbrianbradley."*[81]

84.    Roblox's systematic endangerment of children has been publicly condemned by leading advocacy organizations. The National Center on Sexual Exploitation ("NCSE") has consistently named Roblox to its "Dirty Dozen" list—an annual campaign exposing companies that facilitate, enable, or profit from sexual exploitation. The NCSE blasts Roblox for "treat[ing] child protection like a game."[82] According to the NCSE, "[u]ntil basic child protection standards are met, Roblox remains too high risk for kids."[83]

85.    Parent reviews of Roblox on sites like *Common Sense Media* also document disturbing incidents of naked avatars, sexting, simulated sexual assault, and adult predators.[84]

---

[81] Hindenburg Research, *supra* note 1.
[82] National Center on Sexual Exploitation, *supra* note 59.
[83] *Id.*
[84] Common Sense Media, *Parent Reviews of Roblox*, https://www.commonsensemedia.org/website-reviews/roblox/user-reviews/adult (last visited Feb. 11, 2025).

86. The harm from this child abuse and exploitation extends beyond the initial victims. Through the design of its app and inadequate safeguards, Roblox has created an abusive ecosystem where former victims—children who were once exploited on Roblox—become teenage perpetrators who then prey upon younger users, making today's victims tomorrow's perpetrators. Indeed, researchers have repeatedly confirmed this victim-victimizer pipeline: when children are exposed to and victimized by sexual content, they are more likely to become desensitized teenagers and adults who then exploit younger users in the same ways.[85] In effect, Roblox contributes to this "raising of" predators who perpetuate the cycle of exploitation.

87. The magnitude of the harm caused by Roblox is devastating. Yet rather than warn parents, schools and the public, Roblox minimizes these dangers through repeated misleading public statements. Roblox's Chief Safety Officer, Matt Kaufman, attempting to deflect attention from serious safety failures, told NPR, "I think we're losing sight of the tens of millions of people where Roblox is an incredibly enriching part of their life."[86] And while Kaufman publicly claims that "any time anything happens to a child that puts them at risk is one too many,"[87] Roblox simultaneously admitted to investors that it was "unable to prevent all such [inappropriate] interactions from taking place."[88] This calculated contradiction between public messaging and private admissions—telling parents that even one incident is unacceptable while simultaneously acknowledging to investors that abuse is inevitable—exposes Roblox's strategy of prioritizing public relations through hollow and misleading public statements over its fundamental duty to protect children.

---

[85] James RP Ogloff, Margaret C. Cutajar, Emily Mann & Paul Mullen, *Child Sexual Abuse and Subsequent Offending and Victimisation: A 45 Year Follow-Up Study*, Trends & Issues in Crime & Criminal Justice No. 440 (Jun. 2012), https://www.aic.gov.au/sites/default/files/2020-05/tandi440.pdf; M. Glasser et al., *Cycle of Child Sex Abuse: Links Between Being a Victim and Becoming a Perpetrator*, British J. Psychiatry (2001).

[86] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

[87] *Id.*

[88] Roblox Corp., S-1 (Securities Registration Statement) 24 (Nov. 19, 2020).

---

COMPLAINT AGAINST ROBLOX CORPORATION                                      29

1      **D.**     **Roblox Knowingly Causes and Facilitates the Sexual Exploitation of Children.**

2      88.     The reason that Roblox is overrun with harmful content and predators is simple:

3   Roblox prioritizes user growth, revenue, and eventual profits over child safety. For years, Roblox

4   has knowingly prioritized these numbers over the safety of children through the actions it has taken

5   and decisions it has made to increase and monetize users regardless of the consequences.

6               **1.   Roblox prioritizes growth over child safety.**

7      91.     From its inception, Roblox has focused on growth above all else, which has meant

8   deliberately targeting, exploiting, and capitalizing on the underdeveloped child market, positioning

9   itself as a place where kids can learn and play games in a safe environment. Recognizing that

10  children have more free time, underdeveloped cognitive functioning, and diminished impulse

11  control, Roblox has exploited their vulnerability to lure them to its app.

12     92.     Roblox's business model allowed the company to attract significant venture capital

13  funding from big-name investors like Kleiner Perkins and Andreessen Horowitz, putting enormous

14  pressure on the company to prioritize growing and monetizing its users. To do so, Roblox made

15  deliberate decisions that placed children at risk. For example, while other digital platforms

16  (including other video game platforms) verified users' ages and restricted communications between

17  children and adults, Roblox did not require age verification and did not restrict communications

18  between children and adults. Similarly, while other digital platforms required children's accounts

19  to be connected to the account of a parent or guardian during set-up, with various parental controls

20  turned on by default, it is easy for children (including very young children) to download and install

21  Roblox without involving an adult. While other platforms implemented reliable, accurate age

22  ratings for games and videos that correctly informed parents about the type of content their children

23  would see, Roblox's deeply flawed "content label" system gave parents a false sense of security,

24  incorrectly labeling graphic sexual and violent games as safe for kids. And while other platforms

25  restricted access if a child fell below a certain age, Roblox welcomed and encouraged children of

26  any age, despite its knowledge of significant harms that children routinely experience there.

27     93.     In 2021, riding the explosive growth in users generated by the pandemic and the

28  pandemic-driven enthusiasm for technology stocks, Roblox went public at a valuation of $41

1  billion, which brought new pressures. To satisfy the scrutiny and demands of public market

2  investors, Roblox, like many unprofitable companies, prioritized rapid growth in revenue and user

3  engagement metrics—like new user acquisition, daily active users, and average hours spent on the

4  app—on the theory that profitability would follow once the business achieved sufficient scale and

5  operating costs decreased as a percentage of revenue.[89]

6      94.    In pursuit of growth, Roblox deprioritized safety measures even further so that it

7  could report strong numbers to Wall Street. For instance, Roblox executives rejected employee

8  proposals for parental approval requirements that would protect children on the platform.[90]

9  Employees also reported feeling explicit pressure to avoid any changes that could reduce platform

10  engagement, even when those changes would protect children from predators.[91]

11      95.    As one former Roblox employee explained, "You're supposed to make sure that

12  your users are safe but then the downside is that, if you're limiting users' engagement, it's hurting

13  our metrics. It's hurting the active users, the time spent on the platform, and in a lot of cases, the

14  leadership doesn't want that."[92] That same employee added, "You have to make a decision, right?

15  You can keep your players safe, but then it would be less of them on the platform. Or you just let

16  them do what they want to do. And then the numbers all look good and investors will be happy."[93]

17      96.    By limiting safety measures, Roblox not only increased its users but also reduced

18  the company's safety expenses as a percentage of its revenue—a key metric for Wall Steet, which

19  views trust and safety costs as detrimental to Roblox's stock performance. Barclays, for example,

20

21  _____

22  [89] After listing on the New York Stock Exchange, Roblox CEO David Baszucki told CNBC, "Roblox has been growing for 15 years . . . . That's a long-term growth path, and we believe that
23  continues forward, even after Covid." Ari Levy & Jessica Bursztynsky, *Roblox Jumps to $38 Billion Mark Cap as Public Investors Get Their First Crack at the Popular Kids Game App*,
24  CNBC (Mar. 10, 2021), https://www.cnbc.com/2021/03/10/roblox-rblx-starts-trading-at-64point50-after-direct-listing.html. CFO Michael Guthrie added, "As [Covid] restrictions ease, we
25  expect the rates of growth in 2021 will be well below the rates in 2020, however, we believe we will see absolute growth in most of our core metrics for the full year." *Id.*
26  [90] Hindenburg Research, *supra* note 1.
27  [91] *Id.*
    [92] *Id.*
28  [93] *Id.*

1 identified its "downside case" for Roblox's stock as "additional safety investments due to its

2 younger demographic . . . becom[ing] a drag on [earnings] margins."[94] Barclays also wrote that it

3 viewed increased safety costs as a "negative" in Roblox's quarterly earnings.[95]

4       97.    During earnings calls for investors, Roblox frequently addresses questions from

5 analysts about how trust and safety expenditures will evolve over time. Roblox's answers reveal

6 that the company is hyper-focused on reducing its trust and safety expenses as a percentage of its

7 revenue, showing that the company is not investing as much proportionally in trust and safety as

8 the company continues to grow and attract millions of additional users.

9       98.    For example, on Roblox's 2023 fourth quarter earnings call, an analyst praised the

10 "really high level of efficiency" seen in the numbers for infrastructure and trust and safety

11 expenditures and then asked how those figures would evolve over time.[96] In response, Mike

12 Guthrie, Roblox's CFO, emphasized the company's goal of reducing expenses, stating, "cost to

13 serve is the metric that we use and it's the metric that the [infrastructure] team owns . . . *they're*

14 *working hard to drive that down* . . . . [L]ike you said, it's about 11% now, ultimately with higher

15 efficiency . . . we see that as a high-single-digit number over the next few years."[97] He added, "[W]e

16 still think there's more to do there."[98]

17       99.    At other times, Guthrie has reassured investors stating, "look for trust and safety

18 [costs] to scale below linear as we grow"[99] and that Roblox was "quite happy with" trust and safety

19 costs growing "at a lower rate than our bookings growth."[100]

20       100.    Similarly, in the second quarter of 2024, CEO Baszucki highlighted that,

21 "[i]mportantly, our infrastructure and trust and safety expenditures were 8% lower year-on-year."[101]

22 _____

23 [94] Ross Sandler, Trevor Young & Alex Hughes, *Back on Track Following the 1H Hiccup*, Barclays (Aug. 1, 2024)

24 [95] Ross Sandler, Trevor Young & Alex Hughes, *Everything Accelerating, Safety & Security a Top Priority*, Barclays (Nov. 1, 2024)

25 [96] Q4 2023 Earnings Call (Feb. 7, 2024).

26 [97] *Id.* (emphasis added).

[98] *Id.*

27 [99] Q4 2022 Earnings Call (Feb. 15, 2023)

[100] Q3 2022 Earnings Cal (Nov. 8, 2023).

28 [101] Q2 2024 Earnings Call (Aug. 1, 2024).

1      101.    Once public, Roblox also decided to try to attract more adult users to its app—which

2   it had historically touted as the "#1 gaming site for kids and teens."[102] With the market for underage

3   users near saturation, Roblox shifted its growth strategy to attracting older users.

4      102.    In its public offering filings, Roblox identified "age demographic expansion" as a

5   key strategy, explaining that it planned to develop experiences and content that appealed to older

6   users.[103] For Roblox, "aging up" had benefits beyond user growth—it was also more profitable.

7   Older users offered a distinct financial advantage. While children spend more hours on Roblox,

8   they do not "monetize" as well because they are more constrained in their ability to spend. In

9   contrast, older users, who "have more direct control over their spend" and "monetize better," are

10  far more lucrative—an outcome that Roblox said it predicted when it started to target older users.[104]

11     103.    Roblox's executives repeatedly emphasized their strategy of "aging up" the app to

12  attract older users. At the company's inaugural conference with an investment bank in September

13  2021, Roblox's CFO, Michael Guthrie, noted that Roblox had achieved "very good penetration of

14  nine to twelve year-olds," and was focused on adding users over the age of 13.[105] One plan was to

15  "improve the search algorithms such that older users were finding older content," or content

16  tailored to their age-related demographic.[106]

17     104.    And at its annual Developer Conference, CEO David Baszucki encouraged

18  developers to create experiences for older audiences, explaining that Roblox was rolling out

19  features designed to appeal to older users, including use of real names, screen capture and sharing

20  capabilities, video calls, and relaxed chat moderation.[107] These decisions, while framed as growth

21

22  _____

23  [102] Roblox, *What Is Roblox*,
    http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).
24  [103] Roblox Corp., S-1 (Securities Registration Statement) 7 (Nov. 19, 2020).
25  [104] Q2 2022 Earnings Call (Aug. 10, 2022).
    [105] Roblox at Goldman Sachs Communicopia Conference (Sep. 9, 2021),
26  https://ir.roblox.com/events-and-presentations/events/event-details/2021/Goldman-Sachs-
    Communicopia/default.aspx.
27  [106] *Id.*
    [107] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023),
28  https://www.youtube.com/watch?v=CwLThCghzA4.

1    strategies, reflected Roblox's willingness to compromise safety, creating new vulnerabilities and

2    more dangerous circumstances for children in its pursuit of a more profitable, older user base.

3         105.    Roblox executives consistently highlighted progress with the company's "aging up"

4    strategy on every quarterly earnings call after this until the second quarter of 2023, when CEO

5    Baszucki declared that Roblox had achieved its goal: "We're no longer talking about aging up. We

6    are a platform for all ages."[108] He also revealed that developers had started to "build specific 17-

7    plus experiences."[109] This progress was praised by Wall Street investment banks, who noted that

8    aged-up experiences were a promising indicator of "potential sustainable growth tailwinds for

9    Roblox," reinforcing the company's pivot toward maximizing profitability.[110]

10        106.    Despite Roblox's deliberate targeting of older users, it failed to implement any

11   meaningful restrictions on contact between adult and child users or limit the mature content and

12   experiences it solicited from developers to attract older audiences. When asked by an equity

13   research analyst about aged-13-and-up experiences for older users, CEO Baszucki admitted, "I

14   want to highlight right now that *we don't have any only 13 and up experiences*. We have 28% of

15   the top thousand experiences having a majority of 13-plus [users] but *those are still experiences*

16   *that are open to all ages.*"[111] Similarly, despite urging developers to build more mature experiences,

17   Roblox continued to allow users to set up accounts without any type of age verification.[112] Even

18   investors recognized the connection between older users and the increased risks for children,

19   questioning how Roblox planned to prevent inappropriate content from reaching younger users.[113]

20        107.    Not only did Roblox seek to increase adult users while knowing the risks that

21   strategy posed to children, but it also sought to encourage relationships between users. At Roblox's

22   2023 Developers Conference, CEO Baszucki revealed Roblox's strategy to facilitate "real-life

23   relationships" between users—*i.e.*, dating. While he deliberately avoided the word "dating," he

---

[108] Q2 2023 Earnings Call (Aug. 9, 2023).

[109] Q2 2023 Earnings Call (Aug. 9, 2023).

[110] Benjamin Black et al., *Bookings Back on Track*, Deutsche Bank (Nov. 4, 2024).

[111] Q3 2021 Earnings Call (Nov. 9, 2021) (emphasis added).

[112] Q4 2022 Earnings Call (Feb. 15, 2023).

[113] Q3 2021 Earnings Call, *supra* note 111.

1    then announced plans to build a product to support it: "I'm not going to use the D word but

2    subsequent[] real-life relationships is going to happen, okay? And we're going to build a platform

3    to support that."[114]

4          108.    By the next year, in 2024, Baszucki explicitly acknowledged this strategy. He first

5    acknowledged that online dating is "edgy" but then mocked his own safety team's concerns about

6    the dangers—"the policy and safety team told me [dating and real-life relationships] isn't within

7    our current policy right now"—to which the audience shared in laughter.[115]

8          109.    In short, for years, Roblox has deliberately sacrificed child protection—a

9    longstanding issue for the company—in pursuit of growth and profit. This systematic subordination

10    of child safety to business objectives reflects Roblox's continued choice to maximize its business

11    goals while knowingly exposing children to preventable dangers on its app.

12          **2.    Roblox facilitates child sexual exploitation through the design of its app,**

13                **inadequate safety features, and refusal to invest in basic safety protections.**

14          110.    Roblox's pursuit of growth and profit over child safety is reflected in numerous

15    actions it took and decisions it made related to the design and safety of its app. Had Roblox acted

16    differently, the harm suffered by countless children would not have occurred.

17          111.    Roblox designed its app so that anyone can easily communicate with children,

18    creating a virtual world where predators can freely target and groom children. Until November

19    2024, adult strangers could "friend" and chat with children of any age via direct messages and chat

20    with them in an experience through direct messages even if they were not friends. While Roblox

21    offered some adjustable parental controls for users under the age of 13, these children could bypass

22    those controls simply by creating an alternate account falsely identifying as a 13+-year-old user.

23    By designing its app this way, Roblox stripped parents of basic protective options to prevent adult

24    strangers from communicating with their children.

25

26    ―――――――――――――

27    [114] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.

28    [115] Roblox Developers Conference 2024 Keynote (Sep. 6, 2024); https://www.youtube.com/watch?v=HwbcWc2CwnM.

112.    This practice contrasts sharply with other gaming products like Nintendo, which use preprogrammed dialogue options to tightly control user interactions.[116] By adopting a similar approach, Roblox could have significantly reduced—if not eliminated—the grooming and child abuse facilitated by its app because predators would not have been able to solicit any personal information or send any coercive or sexually suggestive messages.

113.    Roblox further endangered children by introducing voice calls in November 2023. Called "Roblox Connect," this virtual call feature allows users to have a conversation through their avatars in real time. Concerns were immediately raised about this feature. For example, one user emphasized, "This is a bad idea Roblox, and especially on your platform because this is where most predators are coming from, and it makes it way easier for predators to prey on children."[117]

114.    As Roblox contemplated and rolled out Roblox Connect, it knew that this feature would drastically increase the risk to children on its app. That is because another company had implemented a similar feature with disastrous consequences. Omegle was a chat website that operated from 2009 to 2023. Omegle allowed users, including children, to engage in anonymous chats with strangers. In March 2010, Omegle introduced a video-chat feature. Despite efforts to monitor for mature and sexual content, the website became infamous for exposing minors to explicit material, predators, and exploitation. Omegle's failure to protect users led to numerous incidents, including criminal cases involving child pornography. In November 2023, the same month Roblox launched Roblox Connect, Omegle announced that it would cease operations. In shutting down, its founder highlighted the site's misuse: "[T]here can be no honest accounting of Omegle without acknowledging that some people misused it, including to commit unspeakably heinous crimes."[118] And he thanked one survivor for "opening my eyes to the human cost of Omegle."[119] Nevertheless, Roblox introduced voice calls the same month that Omegle shut down.

---

[116] Carville & D'Anastosio, *supra* note 8.

[117] Josh Taylor, *Roblox Under Fire After Adding Controversial Voice Call Feature*, Dexerto (Nov. 15, 2023), https://www.dexerto.com/roblox/roblox-under-fire-after-adding-controversial-voice-call-feature-2384564/.

[118] Omegle, https://www.omegle.com/ (last visited Feb. 11, 2025).

[119] *Id.*

1        115.   Roblox also refused to implement simple measures that would have protected

2 children using its app. For example, despite having the ability to require basic identity verification,

3 Roblox instead chose to allow users to create accounts without providing their name or email

4 address—a policy that enables predators to easily create multiple anonymous accounts. Roblox

5 also could have implemented basic screening measures before allowing users on the app, which

6 would have ensured that known predators are not permitted on the app.

7        116.   Roblox also could have required children to provide their names and email

8 addresses and obtain parental approval—a fundamental protection against predators—but refused

9 to do so. This decision allowed the company to bypass certain protections that are mandated by

10 federal law and designed to protect children. The Children's Online Privacy Protection Act

11 ("COPPA") prohibits companies like Roblox from collecting, using, or disclosing the personal

12 information of children under 13 without verifiable parental consent. COPPA was enacted because

13 Congress recognized the heightened vulnerability of children on the internet. As the Federal Trade

14 Commission ("FTC") noted, children under 13 lack the capacity to "understand fully the potential

15 serious safety and privacy implications" of sharing their personal information.[120] More recent

16 international regulations are stricter. For example, the European Union's General Data Protection

17 Regulation (GDPR) requires verifiable parental consent for children under 16.[121]

18        117.   The FTC has outlined clear and acceptable methods for obtaining verifiable parental

19 consent. These include: (a) providing a form for parents to sign and return; (b) requiring the use of

20 a credit card or online payment that notifies parents of each transaction; (c) connecting parents to

21 trained personnel via video conference; (d) offering a staffed toll-free number for parental

22

23

---

24 [120] Federal Trade Commission, *Privacy Online: A Report to Congress* (1998),

25 https://www.ftc.gov/sites/default/files/documents/reports/privacy-online-report-congress/priv-23a.pdf.

26 [121] Art. 8 GDPR; *see also* Consent to Use Data on Children, EU Agency for Fundamental Rights

27 (https://fra.europa.eu/en/publication/2017/mapping-minimum-age-requirements-concerning-rights-child-eu/consent-use-data-children). Note that member states can lower the cutoff to 13, 14

28 or 15 if they choose.

1    verification; (e) asking knowledge-based questions to confirm identity; or (f) verifying a parent's

2    photo-ID by comparing it to a second photo using facial recognition technology.[122]

3        118.    Yet instead of implementing safeguards to comply with COPPA, Roblox chose to

4    bypass these protections altogether. Roblox intentionally avoids requesting a name or email address

5    during sign-up to sidestep the requirement of verifiable parental consent. In fact, former employees

6    revealed that Roblox considered requiring verifiable consent, but ultimately resisted its

7    implementation out of fear that such requirements might drive users away.[123] Consequently,

8    creating a Roblox account is alarmingly easy, requiring less than sixty seconds and no meaningful

9    oversight—a choice that prioritizes growth over the safety of its youngest users.[124]

10        119.    Another easy-to-implement feature that would have improved safety is adding pop-

11    up safety notices within chats and games to warn users about their behavior or the dangerous

12    behavior of others. But Roblox executives also rejected this change.[125]

13        120.    Additionally, although Roblox knew that predators routinely operate dozens of

14    Roblox accounts at the same time, the company chose not to implement basic blocking of digital

15    identifiers—both the unique network addresses that track internet connections (Internet Protocol

16    or IP addresses) and the permanent hardware identification numbers assigned to devices (Media

17    Access Control or MAC addresses) that could prevent predators from creating multiple accounts.[126]

18        121.    Similarly, Roblox chose not to require adult users to verify phone numbers—which

19    would create significant barriers to predators creating multiple accounts—despite knowing that this

20    enables bad actors to easily create numerous anonymous accounts to target children.[127]

21

22

23    ————————————————

24    [122] Federal Trade Commission, *Complying with COPPA: Frequently Asked Questions*, July 2020, https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions.

25    [123] Hindenburg Research, *supra* note 1.
      [124] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short*

26    *Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.

27    [125] Carville & D'Anastosio, *supra* note 8.
      [126] *Id.*

28

122.    Roblox also opted not to require users to verify their age by uploading a picture of either their or their parents' ID, a practice that many other applications employ. Doing so would have restricted the content available to young users and prevented predators from easily mispresenting their age, which is often their approach in targeting and grooming children. As one father told the press after seeing other users solicit his avatar for sex, "There is nothing to stop adults going on there and pretending they're kids."[128]

123.    Roblox could easily have restricted communications between adult accounts and children's accounts, something that many other platforms have done. It could also have restricted adult accounts from sending Robux to children's accounts, a feature that sexual predators frequently use to lure children.

124.    Roblox likewise could have created a separate, gated platform for younger children that excludes adults. If supported by age verification using facial recognition (a service that is widely commercially available), the company could create a space for young children to enjoy Roblox games with very few, if any, adults present. Many digital service companies have adopted separate platforms for children of young ages, including, for example, Amazon and Netflix.

125.    Roblox could have placed a higher age rating on its application in the iOS App Store and other app stores, to signal to parents that the app presented risks for children. Roblox also could have provided clear warnings to parents about the presence of sexual predators on the platform, so that parents could make an informed decision about allowing their child on the platform and/or educate their child on how to stay safe on the platform. Roblox could also have provided clear warnings to children about the presence of sexual predators on the platform, and instructed children on how to stay safe on the platform.

---

[128] Carl Stroud, *Horrified Dad Found Sick Messages from Paedo Predator in His Eight-Year Old Son's Roblox iPad Game*, The Sun (Feb. 15, 2017), https://www.thesun.co.uk/news/2872376/horrified-dad-found-sick-messages-from-paedo-predator-in-his-eight-year-old-sons-roblox-ipad-game/.

126.    Despite these glaring failures, Roblox aggressively markets and promotes itself as an "industry leader" when it comes to child safety.[129] Central to this self-serving narrative is its "accomplishments" of investing in artificial intelligence ("AI") and machine learning systems supposedly designed to scan and monitor all communications on the app and prevent the sharing of inappropriate content and personally identifiable information.[130]

127.    Yet this technology has proven grossly inadequate and insufficient to protect children. For example, Roblox's filters have inexplicable omissions. While Roblox blocks certain words, like "Snap" and "Snapchat," to supposedly prevent off-app communications, it allows workarounds such as the use of the ghost emoji ( 👻 ), which is widely recognized as a symbol for Snapchat, or alternative spellings, like "Snappy" or "apchat." Similarly, while the word "Discord" is blocked, users can bypass this filter by using the disc emoji ( 💿 ) or typing variations, like "iscord" or "cord."[131] That Roblox selectively blocks the words "Snap," "Snapchat," and "Discord" reveals that Roblox is fully aware of the dangers of off-app inappropriate communications yet chooses not to close these loopholes. And while Roblox prevents users from sharing phone numbers in numerical format, it does nothing to stop users from spelling out the numbers.[132]

128.    Similarly, while Roblox attempts to block the word "condo"—a term that, until recently, was widely used to identify sexualized experiences—countless external groups on platforms like Reddit and Discord are dedicated to helping users locate new explicit content on Roblox. As soon as Roblox removes one game, its ineffective safeguards allow the same game to be reuploaded almost immediately from a new account, perpetuating the cycle of explicit and harmful content. External groups have capitalized on Roblox's weak moderation by guiding

---

[129] Q1 2021 Earnings Call (May 11, 2021).
[130] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://web.archive.org/web/20240714130904/https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-Privacy-Filtering (archived Jul. 14, 2024).
[131] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.
[132] *Id.*

1  predators to these reuploaded games, with Fast Company easily identifying 150 Discord groups

2  dedicated to exploiting Roblox's lack of robust enforcement.[133]

3      129.    Beyond Roblox's ineffective technology, the company also employs a woefully

4  inadequate number of human moderators to analyze and manage content on its platform. With only

5  about 3,000 moderators, Roblox pales in comparison to platforms like TikTok, which, despite

6  having only three times the number of users, employs more than ten times the number of

7  moderators at 40,000.[134] Roblox attempts to justify this disparity by claiming "[y]ou really can't

8  judge the quality of these moderation systems by the number of people."[135] But the reality tells a

9  different story. Roblox's moderators, many of them overseas contractors, report being

10  overwhelmed by an unmanageable volume of child safety reports, making it impossible to address

11  all concerns effectively and leaving countless safety issues unresolved.[136]

12      130.    Even the safety data that Roblox touts is flawed and only underscores the growing

13  dangers created by the company's app. For example, Roblox proudly points to its low percentage

14  of reports to the National Center for Missing and Exploited Children ("NCMEC")—the leading

15  U.S. nonprofit organization tasked with preventing child exploitation and assisting in the recovery

16  of missing children. Roblox claims that it accounts for less than .04% of reports made to

17  NCMEC.[137] But this data is entirely self-reported and therefore depends on Roblox's ineffective

18  content moderation and safety team. This self-reported data to NCMEC—flawed and limited as it

19

20

21

22  ───────────────

23  [133] Burt Helm, Sex, Lies and Video Games: *Inside Roblox's War on Porn*, Fast Company (Aug. 19, 2020), https://www.fastcompany.com/90539906/sex-lies-and-video-games-inside-roblox-war-on-porn.

24  [134] Carville & D'Anastosio, *supra* note 8.

25  [135] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024),

26  https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.
[136] Carville & D'Anastosio, *supra* note 8.

27  [137] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024),

28  https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.

1   is—also reveals a disturbing trend: Roblox's reports about suspected child sexual exploitation have

2   surged over the years, from 675 reports in 2019 to 13,316 reports in 2023.[138]

3       131.   Roblox also boasts that just "0.0063% of [its] total content was flagged for

4   violating" policies. But Roblox itself controls the systems responsible for identifying and flagging

5   violative content.[139] These lower percentages are thus a reflection not of safety but of Roblox's

6   ability to minimize the appearance of problems through its own inadequate reporting and

7   enforcement mechanisms. By hiding behind self-serving metrics and refusing to take meaningful

8   action, Roblox has fostered an environment where children are subjected to irreparable harm while

9   the company continues to reap financial rewards.

10       132.   The very existence of Roblox's trust and safety "data" on inappropriate

11   communications to train its AI systems contradicts its claim that "one is too many" when it comes

12   to the sexual exploitation of children. This data exists only because countless instances of abuse,

13   exploitation, and predatory interactions have already occurred. Roblox's reliance on this data to

14   train its AI systems exposes the reality that its so-called safety measures are not designed to prevent

15   these atrocities but to react to them after the damage has been done. Instead of creating a secure

16   environment where such harm never occurs and ensuring that such interactions never happen in the

17   first place, Roblox uses the suffering and trauma of children as the foundation for its trust and safety

18   systems. This cycle underscores the company's prioritization of optics over genuine protection,

19   leaving its youngest users at the mercy of its neglect.

20

21

22

23   _____

24   [138] National Center for Missing & Exploited Children, *2019 CyberTipline Reports by Electronic Services Providers (ESP)*, https://www.missingkids.org/content/dam/missingkids/pdfs/2019-

25   reports-by-esp.pdf; *see also* National Center for Missing & Exploited Children, 2023 CyberTipline Reports by Electronic Services Providers (ESP),

26   https://www.missingkids.org/content/dam/missingkids/pdfs/2023-reports-by-esp.pdf.
[139] Vikki Blake, *Roblox Reported Over 13,000 Incidents to the National Center for Missing and*

27   *Exploited Children in 2023*, GamesIndustry.biz (Jul. 23, 2024), https://www.gamesindustry.biz/roblox-reported-over-13000-incidents-to-the-national-center-for-

28   missing-and-exploited-children-in-2023.

133.    Roblox's own developers even admit that Roblox is unsafe for children.[140] Online forum discussion posts are replete with developers writing that they would not allow their own children to use the platform, citing pervasive issues with Roblox's child safety policies. Many of these posts highlight the platform's systemic failures and suggest straightforward changes Roblox could implement to create a safer environment but has consistently ignored—for example:

a.    "Unfortunately, it is worse now due to Roblox's moderation being so abysmal and Roblox being a far more widespread platform. Creeps flock aplenty when before the creep: kid ratio was much much lower . . . . Roblox has no interest in actually fixing the issues so long as the bad press doesn't end up viral."[141]

b.    "No. Roblox is not safe for children. The amount of NSFW [Not Safe for Work] I see on this platform on a daily basis is unbelievable. I'm surprised COPPA hasn't taken any action."[142]

c.    "I believe they need to automatically rate these games for older audiences, if not, you know, removing them entirely. I could keep going on about this issue, but it's just beating a dead horse at this point."[143]

d.    "Roblox got banned for bad moderation; Turkey banned it to 'protect children,' and they are not wrong. The amount of visits from 10 of these games is, in summary, 100 million+. I don't want to know how many of these children have seen nudity or even developed a p*rn addiction. But that is a big problem with Roblox doing almost nothing to prevent it."[144]

134.    These statements, coming from individuals familiar with Roblox's operations, paint a picture of an environment rife with neglect, where harmful content flourishes, predators thrive, and Roblox repeatedly fails to act—even in the face of widespread and urgent warnings.

---

[140] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.
[141] *Id.*
[142] *Id.*
[143] *Id.*
[144] *Id.*

1          **3.   Roblox's recent safety changes are woefully inadequate and fail to address**
2                 **years of neglect and harm caused by its app.**

3        135.    After years of mounting pressure, Roblox recently announced changes to its child

4    safety features. These changes were prompted not by the years of police reports and widespread

5    media coverage but by a scathing report published by a well-known short seller accusing the

6    platform of being a "pedophile hellscape for kids."[145] Released on October 8, 2024, the report

7    sparked public outrage, detailing many of the issues described above that Roblox had long ignored.

8        136.    A little more than a month later, Roblox announced a series of changes, including

9    permanently removing the ability to message others outside of games on its app for under 13-year-

10   old users;[146] giving parents a separate dashboard where they can monitor a child's Roblox account,

11   view the child's friend list, set spending control, and manage screen time;[147] preventing games from

12   using chalkboard writings where people could get around the censoring of communications;[148] and

13   implementing restrictions to stop under 13-year-old users from accessing new Roblox games that

14   are awaiting maturity ratings.[149]

15       137.    These changes could all have been implemented years ago. None of them involve

16   any new or groundbreaking technology. Roblox only moved forward when its stock was threatened.

17       138.    And these changes are little more than window dressing—too little, too late, and

18   woefully inadequate. Most fundamentally, Roblox *still allows* adults to contact and message

19   children. Roblox only banned user-to-user messaging for users under the age of 13 *outside of*

20   *games*. Predators can still message children on public chats while playing games; indeed, Roblox

21

22   _____

23   [145] Hindenburg Research, *supra* note 1.

24   [146] *Roblox Tightens Messaging Rules for Under-13 Users Amid Abuse Concerns*, Reuters (Nov.
     18, 2024), https://www.reuters.com/technology/roblox-tightens-messaging-rules-under-13-users-

25   amid-abuse-concerns-2024-11-18/.

26   [147] Robert Booth, *Roblox to Give Parents More Control Over Children's Activity After Warnings*
     *Over Grooming*, The Guardian, (Nov. 18, 2024),
     https://www.theguardian.com/technology/2024/nov/18/roblox-to-hand-parents-more-control-over-

27   their-childrens-activity.

28   [148] *Id.*
     [149] *Id.*

1  has left child predators' blueprint for finding children on the application intact since predators have

2  always found children by playing games they know that children will frequent.

3      139.    Roblox also failed to address core issues like the app's lack of age verification and

4  refusal to require parental consent to make an account. The restrictions described above work only

5  if children correctly state their age during sign-up. Any child can easily bypass them—including

6  parental controls and limits on messaging—by lying about their birthday. Roblox likewise did not

7  commit to hiring more moderators or increasing its trust and safety budget, nor did it implement

8  any sort of identity check to prevent registered sex offenders from making accounts.

9      140.    In fact, recently, in April 2025, a research firm in the U.K. demonstrated just how

10  easy it still is for predators to find children and move the conversation to another application, such

11  as Snapchat or Discord, despite Roblox's ban on direct messaging with users under the age of 13.[150]

12  Because Roblox still allows adult users to message children *in games*, predators can use the public

13  chat functions in games to groom child users and ask for their usernames on other platforms. And,

14  for chat within games, Roblox's default settings for children under the age of 13 is to allow

15  "everyone" to chat with these children, seamlessly facilitating predators' access to children.[151] The

16  key findings from this report included that "[a]dults and children can chat with no obvious

17  supervision" and that "[t]he safety controls that exist are limited in their effectiveness and there are

18  still significant risks for children on the platform."[152]

19

20

21

22

23

24

25  _____

26  [150] Revealing Reality, *A Digital Playground: The Real Guide to Roblox* (Apr. 13, 2025), https://think.revealingreality.co.uk/roblox-real-guide.

27  [151] Parental Controls Overview, Roblox, https://en.help.roblox.com/hc/en-us/articles/30428310121620-Parental-Controls-Overview (last accessed May 10, 2025).

28  [152] Revealing Reality, *supra* note 150.

1
2
3
4
5
6
7
8



9
10
*In April 2025, a research agency demonstrated how easy it was for a 42-year-old account to find a five-year-old user on Roblox and get the child to move the conversation to Snapchat.*[153]

11    141.    Just as Roblox rolled out these changes, it simultaneously introduced a new

12  "Parties" feature in an attempt to counteract any potential loss in user engagement.[154] Because

13  Roblox knew that users often turned to other apps like Discord to communicate while playing video

14  games and because Roblox knew that its safety changes would reduce key user engagement

15  metrics, it sought to capture that traffic (and revenue) and replace any loss of engagement with the

16  Parties feature. While the Parties feature is currently available only for users aged 13 and older,

17  such limitations are hollow without robust age verification. And the fact that Roblox has stated that

18  it is exploring making such a feature available to younger users demonstrates that, far from

19  prioritizing safety, Roblox's real focus is protecting its bottom-line.[155]

20    142.    Roblox has also engaged in a deceptive public relations campaign using ostensibly

21  independent online safety organizations to influence the narrative around these changes. For

22  instance, Roblox has leveraged its ties to groups like the Family Online Safety Institute ("FOSI").

23  An online parenting magazine favorably quoted Stephen Balkam, FOSI's CEO, as endorsing

24

25

_____

26  [153] *Id.*

27  [154] Rebecca Ruiz, *Roblox's New Party Feature Makes Discord Obsolete*, Mashable (Dec. 2, 2024), https://mashable.com/article/roblox-party-discord.

28  [155] *Id.*

1   Roblox's new features as a win for child safety.[156] What the article omitted, however, is that

2   Roblox's own Vice President of Civility and Partnerships, Tami Bhaumik, serves as FOSI's board

3   chair—an obvious conflict of interest.[157] This calculated relationship exposes how Roblox

4   manipulates public perception by using seemingly independent safety organizations as

5   mouthpieces to shape the narrative in its favor.



*Stephen Balkam's LinkedIn post revealing his connection to Roblox in a post praising Roblox's changes.*[158]

143.    Most recently, in April 2025, Roblox repeated this same deceptive playbook of

bragging about new safety features that, in reality, are glaringly deficient. This update included

three new features: first, allowing parents to block children from playing specific games; second,

---

[156] Anna Halkidis, *What Roblox's Latest Changes Mean for Your Kids' Online Safety*, Parents (Nov. 18, 2024), https://www.parents.com/roblox-new-parental-controls-8747405.

[157] *FOSI Welcomes Roblox Vice President as New Board Chair*, FOSI (Oct. 12, 2022), https://www.fosi.org/about-press/fosi-welcomes-roblox-vice-president-as-new-board-chair.

[158] LinkedIn, Stephen Balkam's Post, https://www.linkedin.com/posts/stephenbalkam_what-robloxs-latest-changes-mean-for-your-activity-7264409332950220801-WCDF (last visited Jan. 6, 2025).

1    granting parents the power to block people on their child's friends list; and third, giving parents

2    visibility into the games that their child spends the most time in.[159]

3    144.    None of these parental controls address the underlying deficiency with Roblox that

4    facilitates grooming and predation on children—adult access to and communication with children.

5    Without allowing parents to see who their child is messaging and what the messages say, parents

6    lack the information necessary to determine which accounts to block on their child's friend list. A

7    list of the top twenty games that a child plays does not tell a parent which games children are

8    interacting with adults in. Moreover, blocking specific games is ineffective when, as discussed

9    above, inappropriate games are re-posted as soon as they are taken down. Indeed, barely a week

10   later, the U.K. research firm discussed above demonstrated just how easy it is for adults to continue

11   to find children, groom them, and then move the communications off Roblox, even after Roblox

12   announced these safety updates.[160]

13   145.    And, yet again, all of these controls could have been introduced *years ago*, as none

14   are facilitated by previously unavailable technology.

15   146.    Roblox's deceptive playbook would not be complete without a misleading public

16   relations campaign, where industry-funded safety "experts" praise Roblox's safety update. For

17   example, Roblox's press release announcing these updates quotes Larry Magid, the CEO of

18   ConnectSafely, as saying, "Roblox has consistently provided parents with tools that enable their

19   children to enjoy the platform, while helping protect them against online risks. These new friend-

20   and experience-blocking tools provide parents with even more ways to help ensure their children

21   are using it safely. Safety, fun, and adventure are not mutually exclusive."[161] What the press release

22

23

24

25   _____

26   [159] Matt Kaufman, *New Tools for Parents to Personalize Their Child's Experience on Roblox*,
     Roblox (Apr. 2, 2025), https://corp.roblox.com/newsroom/2025/04/new-parental-controls-on-
27   roblox.
     [160] *A Digital Playground: The Real Guide to Roblox.*
28   [161] Matt Kaufman, *New Tools for Parents to Personalize Their Child's Experience on Roblox.*

1   did not say is that ConnectSafely—a non-profit ostensibly focused on educating people about

2   internet safety—is funded by tech companies and lists Roblox as one of its "supporters."[162]



*ConnectSafely's list of supporters on its website.*

12       147.   A few weeks later, Magid was quoted again in praise of Roblox, this time in a

13  *Newsweek* article championing Roblox as a "trusted playground" for kids: "I would put them very

14  high up on the list of companies that seem to care. They actually have a vice president of civility.

15  It's unheard of to have somebody at that level of the company that focuses on civility. They really

16  work very hard to make it a friendly, comfortable, civil environment for young people."[163] Again,

17  this article made no mention of Magid's organization's financial ties to Roblox.

18       148.   FOSI CEO Stephen Balkam was also quoted in the *Newsweek* piece, claiming that

19  Roblox was "top-of-class" for its safety features and even repeating Roblox's own party line that

20  safety is "part of [Roblox's] DNA."[164] Again, this article omitted FOSI's ties to Roblox, financial

21  and otherwise, thereby deceptively pushing a narrative of Roblox as a "safe" application for kids.

22  / / /

23  / / /

24  _____

25  [162] ConnectSafely, *Supporters*, https://connectsafely.org/about-us/supporters/ (last accessed May

26  10, 2025).
    [163] Katherine Fung, *How Roblox Became a Trusted Playground for Millions of Kids*, Newsweek

27  (Apr. 23, 2025), https://www.newsweek.com/how-roblox-became-trusted-playground-millions-
    kids-2057601.

28  [164] *Id.*

_____

COMPLAINT AGAINST ROBLOX CORPORATION                                                    49

1   **V.    PLAINTIFF-SPECIFIC ALLEGATIONS**

2        149.    Plaintiff is a 19-year old woman, who at 13-years old, was an avid Roblox user until

3   she was sexually exploited by an adult predator through Defendant's dangerous app, which enabled

4   and facilitated that predator's crimes. As a direct result of Defendant's reckless disregard for child

5   safety, Plaintiff has suffered devastating and life-altering psychological trauma. Her life will never

6   be the same.

7        150.    When Plaintiff first started playing on Roblox, Plaintiff believed that Roblox was

8   safe for children because it was designed and marketed for kids. As discussed above, Roblox spent

9   considerable time and money publicly touting the safety and security of the app, which created the

10  public perception that Roblox had created a safe environment for kids. Unbeknownst to Plaintiff at

11  the time, this was nothing more than a false façade of safety.

12       151.    In 2020, when Plaintiff was just 13-years old, she was identified and targeted in a

13  Roblox game by a male predator who presented himself as her peer, falsely claiming to be a child

14  around her age. Unbeknownst to Plaintiff at the time, this man was an adult predator.

15       152.    The predator employed well-documented grooming tactics to lure Plaintiff into his

16  grasp on Roblox, building trust with Plaintiff under the false pretense that they were a peer.

17       153.    After cultivating Plaintiff's trust on Defendant's dangerous app, the predator sent

18  Plaintiff multiple graphic messages and sexually explicit images of  his genitals. Exploiting the

19  trust he was permitted to build through Defendant's defective app, the predator attempted to coerce

20  Plaintiff into sending him sexually explicit images and videos of herself. When she refused, the

21  predator threatened to come to her home.

22       154.    Since she was sexually exploited on Defendant's app, Plaintiff has suffered, and

23  continues to suffer, life-altering psychological and emotional injuries from the grooming,

24  manipulation, and exploitation that she experienced, including severe mental anguish and pain, and

25  loss of enjoyment of life. Plaintiff has endured, and continues to endure, humiliation, shame,

26  constant fear, and a profound loss of trust, safety, and innocence.

27       155.    Defendant is directly responsible for the immense harm that Plaintiff has suffered.

28  Had Plaintiff known the truth about Defendant's app, she never would have used it, or would have

1 done so only under close parental supervision. Had Defendant implemented even the most basic

2 system of screening or age and identity verification, as well as effective parental controls, Plaintiff

3 never would have interacted with the predator and never would have suffered the harm that she did.

4 Plaintiff's life has been devastated as a direct result of Defendant's conduct.

5 **VI.    CAUSES OF ACTION**

6 **FIRST CAUSE OF ACTION**

7 **FRAUDULENT CONCEALMENT AND MISREPRESENTATIONS**

8 **(By Plaintiff Against Defendant)**

9      156.    Plaintiff incorporates each and every factual allegation set forth above.

10     157.    This claim is brought against Defendant Roblox.

11     158.    As set forth in more detail above, each Defendant knew about the defective

12 conditions of its app and that the app posed serious safety risks to child users.

13     159.    Defendant was under a duty to tell the public the truth and to disclose the defective

14 conditions of its app and that the app posed serious safety risks to child users. Instead of disclosing

15 the truth, Defendant engaged in a widespread public campaign to tout the safety of its app in the

16 media, and in the materials provided to potential users of the app, as described above.

17     160.    Defendant made numerous false representations about the safety of its app, as

18 described above, which were specific and widespread. Plaintiff and the public at large relied on

19 each Defendant's false representations in deciding to allow children to play on the app.

20     161.    Defendant was under a duty to tell the public, users, and their parents the truth and

21 to disclose the defective conditions of its app and that the app posed serious safety risks to child

22 users because Defendant possessed superior knowledge about the dangers of its app through

23 internal reviews, external studies known to Defendant, and parent and police reports made to

24 Defendant.

25     162.    Defendant breached its duty to the public, users, and their parents by concealing and

26 failing to disclose the serious safety risks presented by its app. Even though Defendant knew of

27 those risks based on its internal reviews, external studies known to Defendant, and parent and police

28 reports made to Defendant, Defendant intentionally concealed those risks to not lose users and

1  revenue, and to induce parents to allow their children to use its app. Such risks were known only

2  to Defendant, and the public and users, including Plaintiff, could not have discovered such serious

3  safety risks.

4      163.    The public and its users, including Plaintiff, did not know of the serious safety risks

5  posed by the design of Defendant's app, which were known by Defendant.

6      164.    By intentionally concealing and failing to disclose defects inherent in the design of

7  its app, Defendant knowingly and recklessly misled the public and users, including Plaintiff, into

8  believing that its app was safe for children to use.

9      165.    Defendant knew that its concealment, omissions, and misrepresentations were

10  material. A reasonable person, including Plaintiff, would find information about the risk of

11  grooming, sexual abuse, sexual exploitation, and other serious risks associated with the use of

12  Defendant's app, to be important when deciding whether to allow children to use it.

13      166.    Defendant intended to deceive the public and users, including Plaintiff, by making

14  misrepresentations and concealing the defects in the design of its app, which made the app unsafe.

15      167.    As a direct and proximate result of Defendant's concealment of material information

16  and misrepresentations, Plaintiff was not aware and could not have been aware of the facts that

17  Defendant concealed, and therefore justifiably and reasonably believed that Defendant's app was

18  safe for children to use.

19      168.    If the serious safety risks presented by the design of Defendant's app had been

20  disclosed, the public and users, including Plaintiff, reasonably would have acted differently and/or

21  would have not permitted children to use the app.

22      169.    As a direct and proximate result of Defendant's concealment of material information

23  and misrepresentations, Plaintiff sustained serious injuries and harm.

24      170.    Defendant's concealment of material information and misrepresentations were a

25  substantial factor in causing harm to Plaintiff.

26      171.    Defendant's conduct, as described above, was intentional, fraudulent, willful,

27  wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an

28  entire want of care and a conscious and depraved indifference to the consequences of its conduct,

1  including to the health, safety, and welfare of its customers, and warrants an award of punitive

2  damages in an amount sufficient to punish Defendant and deter others from like conduct.

3      172.    Plaintiff demands judgment against Defendant for compensatory and punitive

4  damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court

5  deems proper.

6                          **SECOND CAUSE OF ACTION**

7                      **NEGLIGENT MISREPRESENTATION**

8                        **(By Plaintiff Against Defendant)**

9      173.    Plaintiff incorporates each and every factual allegation set forth above.

10     174.    This claim is brought against Defendant Roblox.

11     175.    As set forth in more detail above, Defendant knew about the defective conditions of

12  its app and that the app posed serious safety risks to child users. Instead of disclosing the truth,

13  Defendant engaged in a widespread public campaign to tout the safety of its platform in the media,

14  and in the materials provided to potential users of the app, as described above.

15     176.    Defendant made numerous false representations about the safety of its app, as

16  described above, which were specific and widespread. Plaintiff and the public at large relied on

17  Defendant's false representations in deciding to allow children to play on the app.

18     177.    By making numerous material representations downplaying any potential harm

19  associated with its app and reassuring the public, users, and their parents, including Plaintiff, that

20  its app was safe, Defendant negligently misled the public, and users, including Plaintiff, into

21  believing its app was safe for children to use.

22     178.    Defendant had no reasonable grounds for believing that its misrepresentations that

23  its app was safe for children to use were true.

24     179.    As a direct and proximate result of Defendant's material omissions,

25  misrepresentations, and concealment of material information, Plaintiff was not aware and could not

26  have been aware of the facts that Defendant misstated, and therefore justifiably and reasonably

27  believed that Defendant's app was safe for use.

28

---

COMPLAINT AGAINST ROBLOX CORPORATION                                      53

180.    As a direct and proximate result of Defendant's material omissions and misrepresentations, Plaintiff sustained serious injuries and harm.

181.    Plaintiff's reliance on Defendant's misrepresentations about the safety of its app were substantial factors in causing harm to Plaintiff.

182.    Defendant's conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish them and deter others from like conduct.

183.    Plaintiff demands judgment against Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### THIRD CAUSE OF ACTION

### NEGLIGENCE – GENERAL

### (By Plaintiff Against Defendant)

184.    Plaintiff incorporates each and every factual allegation set forth above.

185.    This claim is brought against Defendant Roblox.

186.    At all relevant times, Defendant developed, set up, managed, maintained, operated, marketed, advertised, promoted, supervised, controlled, and benefited from its respective app used by Plaintiff.

187.    Defendant owed Plaintiff a duty to exercise reasonable care in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its app and not to create an unreasonable risk of harm from and in the use of its app (including an unreasonable risk of grooming, sexual abuse, and sexual exploitation, and other associated physical or mental injuries); to protect Plaintiff from unreasonable risk of injury from and in the use of its app; and not to invite, encourage, or facilitate youth, such as Plaintiff, to foreseeably engage in dangerous or risky behavior through, on, or as a reasonably foreseeable result

1    of using its app. These duties govern Defendant's own specific actions and are based on direct

2    actions Defendant took in developing its app and features.

3        188.    In addition, Defendant owed a special relationship duty to Plaintiff to protect her

4    against harm caused by its app and employees or by other users. This special relationship duty is

5    based on the following:

6            a.  As a business, Defendant owes a duty to protect customers against reasonably

7                foreseeable criminal acts of third parties and other dangers known to Defendant

8                on its app;

9            b.  Plaintiff, as a minor, was vulnerable and dependent on Defendant for a safe

10               environment on their apps, and Defendant has superior ability and control to

11               provide that safety with respect to activities that they sponsor or control;

12           c.  Plaintiff relied upon Defendant for protection against third-party misuse or

13               misconduct;

14           d.  The special relationship Plaintiff had with Defendant substantially benefits

15               Defendant through profits and growth in users and user activity. Defendant

16               could not successfully operate without the growth in users and user activity

17               generated by children;

18           e.  Defendant was far more to Plaintiff than a business. Defendant provided

19               Plaintiff with opportunities for social interaction and a discrete community of

20               other users. Plaintiff was dependent on Defendant to provide structure,

21               guidance, and a safe environment;

22           f.  Defendant has superior control over its app environments and the ability to

23               protect its users. Defendant imposes a variety of rules and restrictions to

24               supposedly maintain a safe and orderly environment. Defendant employs

25               internal staff to enforce these rules and restrictions and can monitor and

26               discipline users when necessary. Defendant has the power to influence

27               Plaintiff's values, consciousness, relationships, and behaviors; and

28

g. Defendant has voluntarily undertaken a responsibility to keep children safe on its app. As alleged above, Defendant has publicly stated that it takes steps to keep children safe on its app and therefore has undertaken a duty to act reasonably in taking such steps.

189. Plaintiff was a foreseeable user of Defendant's app.

190. Defendant knew that minors such as Plaintiff would use its app.

191. Defendant invited, solicited, encouraged, or reasonably should have foreseen the fact, extent, and manner of Plaintiff's use of its app.

192. Defendant knew or, by the exercise of reasonable care, should have known, that the reasonably foreseeable use of its app (as developed, set up, managed, maintained, supervised, and operated by Defendant) was dangerous, harmful, and injurious when used by youth such as Plaintiff in a reasonably foreseeable manner.

193. At all relevant times, Defendant knew or, by the exercise of reasonable care, should have known that its app (as developed, set up, managed, maintained, supervised, and operated by Defendant) posed unreasonable risks of harm to youth such as Plaintiff, which risks were known and knowable, including in light of the internal data and knowledge Defendant had regarding its app.

194. Defendant knew, or by the exercise of reasonable care, should have known, that ordinary child users of its app, such as Plaintiff, would not have realized the potential risks and dangers of using the app, including a risk of grooming, sexual abuse, and sexual exploitation, which foreseeably can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects.

195. Defendant's conduct was closely connected to Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Plaintiff's injuries.

1     196.    Defendant could have avoided Plaintiff's injuries with minimal cost, including, for

2    example, by not including certain features in its app which harmed Plaintiff.

3     197.    Imposing a duty on Defendant would benefit the community at large.

4     198.    Imposing a duty on Defendant would not be burdensome to them because they have

5    the technological and financial means to avoid the risks of harm to Plaintiff.

6     199.    Defendant owed a heightened duty of care to youth users of its app because

7    children's brains are not fully developed, meaning young people are more neurologically

8    vulnerable than adults to abusive contact facilitated by Defendant's app because they have a hard

9    time distinguishing between patterns of genuine friendship and grooming relationships.

10     200.    Defendant breached its duties of care owed to Plaintiff through its affirmative

11    malfeasance, actions, business decisions, and policies in the development, set up, management,

12    maintenance, operation, marketing, advertising, promotion, supervision, and control of its

13    respective app. These breaches are based on Defendant's own actions in managing their own apps

14    made available to the public, independent of any actions taken by a third party. Those breaches

15    include but are not limited to:

16           a.   Including features in its app that, as described above, are currently structured

17                and operated in a manner that unreasonably creates or increases the foreseeable

18                risk of grooming, sexual abuse, and sexual exploitation to youth, including

19                Plaintiff;

20           b.   Including features in its app that, as described above, are currently structured

21                and operated in a manner that unreasonably creates or increases the foreseeable

22                risk of harm to the physical and mental health and well-being of youth users,

23                including Plaintiff, including but not limited to physical injury, damage to self-

24                worth, stigma and social isolation, reduced academic performance, increased

25                risky behavior, susceptibility to future sexual exploitation, attachment issues,

26                identity confusion, and profound mental health issues for young consumers,

27                including but not limited to depression, anxiety, suicidal ideation, self-harm,

28

1      post-traumatic stress disorder, insomnia, eating disorders, death, and other

2      harmful effects;

3    c. Maintaining unreasonably dangerous features in its app after notice that such

4      features, as structured and operated, posed a foreseeable risk of harm to the

5      physical and mental health and well-being of youth users;

6    d. Facilitating unsupervised and/or hidden use of its app by youth, including by

7      adopting protocols that allow youth users to change its own safety settings or

8      parental controls, and create multiple and private accounts; and

9    e. Inviting children on its app and marketing to children when Defendant knew

10     that its app, as designed, was not safe for children.

11   201. Defendant breached its duties of care owed to Plaintiff through its nonfeasance,

12 failure to act, and omissions in the development, setup, management, maintenance, operation,

13 marketing, advertising, promotion, supervision, and control of its app. These breaches are based on

14 Defendant's own actions in managing their own apps made available to the public, independent of

15 any actions taken by a third party. Those breaches include but are not limited to:

16    a. Failing to implement effective parental controls;

17    b. Failing to screen users before allowing them on the app;

18    c. Failing to implement effective parental notifications, such as when a child

19      messages another user, particularly an adult user, or when a child interacts with

20      accounts that have been blocked by other users or suspended in the past;

21    d. Failing to require adult users to provide a phone number when signing up for an

22      account;

23    e. Failing to implement pop-up safety notices within chats and games to warn users

24      about inappropriate behavior;

25    f. Failing to ban IP and MAC addresses of accounts associated with known

26      abusers;

27    g. Failing to set default safety settings to the most protective options;

28    h. Having an open chat function;

1     i. Failing to provide a transcript of a child's communications to the parent;

2     j. Failing to implement reasonably available means to monitor for, report, and

3       prevent the use of their apps by sexual predators to victimize, abuse, and exploit

4       youth users;

5     k. Failing to provide effective mechanisms for youth users and their

6       parents/guardians to report abuse or misuse of its app;

7     l. Failing to implement effective protocols to verify ages and identity of all users;

8     m. Failing to place reasonable age restrictions on its app;

9     n. Failing to separate adults from children on the apps by, for example, creating

10      separate apps for children;

11     o. Failing to adequately fund its trust and safety programs; and

12     p. Others as set forth herein.

13   202. A reasonable company under the same or similar circumstances as Defendant would

14 have developed, set up, managed, maintained, supervised, and operated its app in a manner that is

15 safer for and more protective of youth users like Plaintiff.

16   203. At all relevant times, Plaintiff used Defendant's app in the manner in which it was

17 intended to be used.

18   204. As a direct and proximate result of each Defendant's breach of one or more of its

19 duties, Plaintiff was harmed. Such harms include the sexual exploitation of Plaintiff by a child

20 predator and a cascade of resulting negative effects, including but not limited to damage to self-

21 worth, stigma and social isolation, reduced academic performance, increased risky behavior,

22 susceptibility to future sexual exploitation, attachment issues, and profound mental health issues

23 such as depression, anxiety, and other harmful effects.

24   205. Defendant's breach of one or more of its duties was a substantial factor in causing

25 harms and injuries to Plaintiff.

26   206. Plaintiff was injured from using Defendant's defective app through no fault of her

27 own. The fact that Plaintiff was injured by using Defendant's app means that Defendant is

28 responsible for the injuries caused by Defendant's app and the burden shifts to Defendant to

1  identify alternative causes of the alleged injuries and apportion responsibility for the alleged

2  injuries.

3      207.    The nature of the fraudulent and unlawful acts that created safety concerns for

4  Plaintiff are not the type of risks that are immediately apparent from using Defendant's app.

5      208.    Defendant's conduct, as described above, was intentional, fraudulent, willful,

6  wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an

7  entire want of care and a conscious and depraved indifference to the consequences of their conduct,

8  including to the health, safety, and welfare of their customers, and warrants an award of punitive

9  damages in an amount sufficient to punish the Defendant and deter others from like conduct.

10     209.    Plaintiff demands judgment against Defendant for compensatory and punitive

11  damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court

12  deems proper.

13                              **FOURTH CAUSE OF ACTION**

14                          **NEGLIGENCE – FAILURE TO WARN**

15                              **(By Plaintiff Against Defendant)**

16     210.    Plaintiff incorporates each and every factual allegation set forth above.

17     211.    This claim is brought against Defendant Roblox.

18     212.    At all relevant times, Defendant designed, developed, managed, operated, tested,

19  produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and

20  benefited from its app used by Plaintiff.

21     213.    Plaintiff was a foreseeable user of Defendant's app.

22     214.    Defendant knew, or by the exercise of reasonable care, should have known, that use

23  of its app was dangerous, harmful, and injurious when used in a reasonably foreseeable manner by

24  minors.

25     215.    Defendant knew, or by the exercise of reasonable care, should have known, that

26  ordinary minor users, such as Plaintiff, would not have realized the potential risks and dangers of

27  its app, including a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a

28  cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth,

1   stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility

2   to future sexual exploitation, attachment issues, identity confusion, and profound mental health

3   issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-

4   harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

5        216.   Had Plaintiff received proper or adequate warnings about the risks of Defendant's

6   app, Plaintiff would have heeded such warnings.

7        217.   Defendant knew or, by the exercise of reasonable care, should have known that its

8   app posed risks of harm to youth. These risks were known and knowable in light of Defendant's

9   own internal data and knowledge regarding its app at the time of development, design, marketing,

10   promotion, advertising, and distribution to Plaintiff.

11        218.   Because Defendant's conduct created the risk that child users of their apps would

12   be subject to grooming, sexual abuse, and sexual exploitation, Defendant owed a duty to all

13   reasonably foreseeable users, including but not limited to minor users and their parents, to provide

14   adequate warnings about the risk of using Defendant's app that were known to Defendant, or that

15   Defendant should have known through the exercise of reasonable care.

16        219.   In addition, as described above, Defendant owed a special relationship duty to

17   Plaintiff to protect him against harm caused by its app and employees or by other users.

18        220.   Defendant owed a heightened duty of care to minor users and their parents to warn

19   about its app's risks because children's brains are not fully developed, resulting in a diminished

20   capacity to make responsible decisions regarding contact with strangers online. Children are also

21   more neurologically vulnerable than adults to abusive contact facilitated by Defendant's app

22   because they have a hard time distinguishing between patterns of genuine friendship and grooming

23   relationships.

24        221.   Defendant breached its duty by failing to use reasonable care in providing adequate

25   warnings to Plaintiff, such as failing to notify parents and the general public of the following,

26   among others:

27             a.   Defendant fails to require that children have parental approval before signing up

28               for an account;

1           b.  Defendant fails to screen users before allowing them on their apps;

2           c.  New users of Defendant's app can identify themselves as minors, begin to use

3              the app, and do so indefinitely, without ever receiving a safety warning, and

4              without ever having to provide information so that Defendant can warn the

5              users' parents or guardians;

6           d.  Defendant's app's default safety settings allow adults and other strangers'

7              accounts to find, "friend," and communicate with children's accounts;

8           e.  Defendant's parental control settings allowed children to modify their own

9              parental control settings;

10          f.  Defendant's platforms recommend that adult users and other strangers "friend"

11             and contact child accounts;

12           g.  Defendant fails to block the IP and MAC addresses of known abusers;

13          h.  Adult predators use Defendant's to target children for sexual exploitation,

14             sextortion, and CSAM;

15           i.  Defendant's app enables and increases risk of exposure to predators and can

16             result in grooming, sexual abuse, and sexual exploitation, as well as their

17             resultant physical and mental injuries;

18           j.  Sexual predators use Robux to coerce children into sending them nude photos

19             or engaging in other types of sexually explicit behavior;

20          k.  Usage of Defendant's app can increase risky and uninhibited behavior in

21             children, making them easier targets to adult predators for sexual exploitation,

22             sextortion, and CSAM;

23          l.  Usage of Defendant's app can normalize abuse and pornography, leading

24             children to abuse other children either contemporaneously or later when the

25             children are older;

26          m. The likelihood and severity of harm is greater for children;

27          n.  The likelihood and intensity of these harmful effects is exacerbated by the

28             interaction of the app's features with one another;

1        o.   Defendant fails to verify ages, allowing adult predators to pose as children on

2            Defendant's app;

3        p.   Defendant's failure to verify ages allows children to bypass parental controls,

4            safety features, and default settings; and

5        q.   Others as set forth herein.

6        222.   A reasonable company under the same or similar circumstances as Defendant would

7    have used reasonable care to provide adequate warnings to consumers, including the parents of

8    minor users, as described herein.

9        223.   At all relevant times, Defendant could have provided adequate warnings to prevent

10   the harms and injuries described herein.

11       224.   As a direct and proximate result of Defendant's breach of its duty to provide

12   adequate warnings, Plaintiff was harmed and sustained the injuries set forth herein. Defendant's

13   failure to provide adequate and sufficient warnings was a substantial factor in causing the harms to

14   Plaintiff.

15       225.   As a direct and proximate result of Defendant's failure to warn, Plaintiff requires

16   and/or will require more healthcare and services and did incur medical, health, incidental, and

17   related expenses.

18       226.   Plaintiff was injured from using Defendant's defective app through no fault of her

19   own. The fact that Plaintiff was injured by using Defendant's app means that Defendant is

20   responsible for the injuries caused Defendant's app and the burden shifts to Defendants to identify

21   alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

22       227.   The nature of the fraudulent and unlawful acts that created safety concerns for

23   Plaintiff are not the type of risks that are immediately apparent from using Defendant's app.

24       228.   The conduct of Defendant, as described above, was intentional, fraudulent, willful,

25   wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an

26   entire want of care and a conscious and depraved indifference to the consequences of its conduct,

27   including to the health, safety, and welfare of their customers, and warrants an award of punitive

28   damages in an amount sufficient to punish Defendant and deter others from like conduct.

1    229.    Plaintiff demands judgment against Defendant for compensatory and punitive

2    damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court

3    deems proper.

4    **FIFTH CAUSE OF ACTION**

5    **NEGLIGENCE – UNREASONABLE DESIGN**

6    **(By Plaintiff Against Defendant)**

7    230.    Plaintiff incorporates each and every factual allegation set forth above.

8    231.    This claim is brought against Defendant Roblox.

9    232.    At all relevant times, Defendant designed, developed, managed, operated, tested,

10    produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and

11    benefited from its app used by Plaintiff.

12    233.    Defendant knew or, by the exercise of reasonable care, should have known, that its

13    app was dangerous, harmful, and injurious when used by youth in a reasonably foreseeable manner.

14    234.    Defendant knew or, by the exercise of reasonable care, should have known that its

15    app posed risks of harm to youth. These risks were known and knowable in light of Defendant's

16    own internal data and knowledge regarding their apps at the time of the app's development, design,

17    marketing, promotion, advertising, and distribution to Plaintiff.

18    235.    Defendant knew, or by the exercise of reasonable care, should have known, that

19    ordinary minor consumers such as Plaintiff would not have realized the potential risks and dangers

20    of its app. Those risks include grooming, sexual abuse, and sexual exploitation, which can lead to

21    a cascade of negative effects, including but not limited to physical injury, damage to self-worth,

22    stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility

23    to future sexual exploitation, attachment issues, identity confusion, and profound mental health

24    issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-

25    harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

26    236.    Defendant owed a duty to all reasonably foreseeable users to design a safe app.

27    237.    Defendant owed a heightened duty of care to minor users of its app because

28    children's brains are not fully developed, resulting in a diminished capacity to make responsible

1    decisions regarding contact with strangers online. Children are also more neurologically vulnerable

2    than adults to abusive contact facilitated by Defendant's app because they have a hard time

3    distinguishing between patterns of genuine friendship and grooming relationships.

4    238.    Plaintiff was a foreseeable user of Defendant's app.

5    239.    Defendant knew that minors such as Plaintiff would use its app.

6    240.    Defendant breached its duty in designing its app.

7    241.    Defendant breached its duty by failing to use reasonable care in the design of its app

8    by negligently designing the app with features that specifically allow predators to find, groom,

9    exploit, and abuse children, as described herein.

10    242.    Defendant breached its respective duty by designing an app that was less safe to use

11    than an ordinary consumer would expect when used in an intended and reasonably foreseeable

12    manner.

13    243.    Defendant breached its respective duty by failing to use reasonable care in the

14    design of its app by negligently designing its app with features as described above that created or

15    increased the risk of grooming, sexual abuse, and sexual exploitation for children, which can lead

16    to a cascade of negative effects, including but not limited to physical injury, damage to self-worth,

17    stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility

18    to future sexual exploitation, attachment issues, identity confusion, and profound mental health

19    issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-

20    harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

21    244.    Defendant breached its duty by failing to use reasonable care to use cost-effective,

22    reasonably feasible alternative designs, including changes to the harmful features, and other safety

23    measures, to minimize the harms described herein, including but not limited to:

24            a.    Requiring children have parental approval and a parent's email address to sign-

25               up for an account;

26            b.    Effective parental controls;

27            c.    Effective parental notifications, including notifying parents any time a child

28               messages another user, particularly an adult user, or notifying parents when

1          children interact with accounts that have been blocked by other users or
2          suspended in the past, among other controls;

3      d.  Setting default safety settings to the most protective options, including blocking
4          direct messaging between child and adult users, or only allowing messaging
5          between adult users and a child with the parent's explicit permission to message
6          the adult user;

7      e.  Requiring adults to provide a phone number when signing up for an account;

8      f.  Pop-up safety notices within chats and games to warn users about inappropriate
9          behavior;

10     g.  Preventing strangers from sending Robux to child accounts, and preventing
11         children from sending Robux to strangers' accounts;

12     h.  Banning IP and MAC addresses of accounts associated with known abusers;

13     i.  Controlled chat option;

14     j.  Providing a transcript of a child's communications to the parent;

15     k.  Implementing reporting protocols to allow users or visitors of Defendants' apps
16         to report CSAM and adult predator accounts specifically without the need to
17         create or log in to the apps prior to reporting;

18     l.  Robust age and identity verification;

19     m. Reasonable age restrictions;

20     n.  Separating adults from children by, for example, creating separate apps for
21         children; and

22     o.  Others as set forth herein.

23     245.   Alternative designs that would reduce the dangerous features of Defendant's app
24  were available, would have served effectively the same purpose as Defendant's defectively
25  designed app, and would have reduced the gravity and severity of danger Defendant's app posed
26  minor Plaintiff.

27     246.   A reasonable company under the same or similar circumstances as Defendant would
28  have designed a safer app.

1      247.  At all relevant times, Plaintiff used Defendant's app in the manner in which it was

2  intended by Defendant to be used.

3      248.  As a direct and proximate result of Defendant's breached duties, Plaintiff was

4  harmed. Defendant's design of its app was a substantial factor in causing Plaintiff's harms and

5  injuries.

6      249.  Plaintiff was injured from using Defendants' defective app through no fault of her

7  own. The fact that Plaintiff was injured by using Defendant's app means that Defendant is

8  responsible for the injuries caused by Defendant's app and the burden shifts to Defendant to

9  identify alternative causes of the alleged injuries and apportion responsibility for the alleged

10  injuries.

11      250.  The nature of the fraudulent and unlawful acts that created safety concerns for

12  Plaintiff are not the type of risks that are immediately apparent from using Defendant's app.

13      251.  The conduct of Defendant, as described above, was intentional, fraudulent, willful,

14  wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an

15  entire want of care and a conscious and depraved indifference to the consequences of its conduct,

16  including to the health, safety, and welfare of its customers, and warrants an award of punitive

17  damages in an amount sufficient to punish Defendant and deter others from like conduct.

18      252.  Plaintiff demands judgment against Defendant for compensatory and punitive

19  damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court

20  deems proper.

21                        **SIXTH CAUSE OF ACTION**

22                        **NEGLIGENT UNDERTAKING**

23                      **(By Plaintiff Against Defendant)**

24      253.  Plaintiff incorporates each and every factual allegation set forth above.

25      254.  This claim is brought against Defendant Roblox.

26      255.  Defendant rendered parental control services and account safety services to

27  Plaintiff's parents.

28

1    256.    Defendant made numerous statements, as outlined above, claiming in substance that

2    their parental controls and account safety services were highly effective at protecting users from

3    the type of harm Plaintiff suffered.

4    257.    Defendant knew, or reasonably should have known, that effective parental control

5    and account safety services were necessary for the protection of minor users.

6    258.    Defendant's conduct was closely connected to Plaintiff's injuries, which were

7    highly certain to occur, as evidenced by the significance of Plaintiff's injuries.

8    259.    Defendant could have avoided Plaintiff's injuries with minimal cost, including, for

9    example, by implementing parental control and account safety services that were effective and that

10    would prevent child users from being contacted by adult accounts or strangers' accounts generally.

11    260.    Imposing a duty on Defendant would benefit the community at large.

12    261.    Imposing a duty on Defendant would not be burdensome to them because it has the

13    technological and financial means to avoid the risks of harm to children.

14    262.    Defendant owed a heightened duty of care to minor users and their parents to

15    implement parental control and account safety services that were effective and that would prevent

16    child users from being contacted by adult accounts or strangers' accounts generally.

17    263.    Plaintiff relied on Defendant exercising reasonable care in undertaking to render

18    parental control and account safety services.

19    264.    Defendant breached its duty of undertaking by failing to use reasonable care in

20    rendering its parental control and account safety services to prevent child users from being

21    contacted by adult accounts or strangers' accounts generally.

22    265.    Defendant failed to exercise reasonable care in rendering these parental control and

23    account safety services.

24    266.    Defendant's failure to exercise reasonable care increased the risk of, and was a

25    substantial factor in causing harm to Plaintiff.

26    267.    Plaintiff was harmed by her reliance on Defendant to provide effective parental

27    control and account safety services.

28

1    268.    Defendant's breach of one or more of its duties was a substantial factor in causing

2    harms and injuries to Plaintiff.

3    269.    Plaintiff was injured from using Defendant's defective app through no fault of her

4    own. The fact that Plaintiff was injured by using Defendant's app means that Defendant is

5    responsible for the injuries caused by any one of Defendants' apps and the burden shifts to

6    Defendant to identify alternative causes of the alleged injuries and apportion responsibility for the

7    alleged injuries.

8    270.    The nature of the fraudulent and unlawful acts that created safety concerns for

9    Plaintiff are not the type of risks that are immediately apparent from using Defendant's app.

10    271.    The conduct of Defendant, as described above, was intentional, fraudulent, willful,

11    wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an

12    entire want of care and a conscious and depraved indifference to the consequences of their conduct,

13    including to the health, safety, and welfare of its customers, and warrants an award of punitive

14    damages.

15    272.    Plaintiff demands judgment against Defendant for compensatory and punitive

16    damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court

17    deems proper.

18                    **SEVENTH CAUSE OF ACTION**

19                    **STRICT LIABILITY – DESIGN DEFECT**

20                    **(By Plaintiff Against Defendant)**

21    273.    Plaintiff incorporates each and every factual allegation set forth above.

22    274.    This claim is brought against Defendant Roblox.

23    275.    At all relevant times, Defendant designed, developed, managed, operated, tested,

24    produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and

25    benefitted from its product used by Plaintiff.

26    276.    These products were designed, manufactured, maintained, controlled, and

27    distributed from the California headquarters of Defendant.

28

---

COMPLAINT AGAINST ROBLOX CORPORATION                                69

277.    Defendant's product was designed and intended to be a gaming and/or communication product. The software and architecture of each product is the same for every user that logs on or signs up for an account. These products are uniformly defective and pose the same danger to each minor user.

278.    Defendant's product is distributed and sold to the public through retail channels (*e.g.*, the Apple App "Store" and the Google Play "Store").

279.    Defendant's product is marketed and advertised to the public for the personal use of the end-user/consumer.

280.    Defendant defectively designed its product to allow children to come into contact with child predators. Children are particularly unable to appreciate the risks posed by the products.

281.    The defects in the design of Defendant's product existed prior to the release of these products to Plaintiff and the public, and there was no substantial change to Defendant's products between the time of their upload by each Defendant to public or retail channels (*e.g.*, the App Store or Google Play) and the time of their distribution to Plaintiff via download or URL access.

282.    Plaintiff used these products as intended, and Defendant knew or, by the exercise of reasonable care, should have known that Plaintiff would use these products without inspection for its dangerous nature.

283.    Defendant defectively designed its product to appeal to adult predators by making it easy to find children and enabled their contact, grooming, sexual exploitation, and sexual abuse of children, including Plaintiff.

284.    Defendant failed to test the safety of the features it developed and implemented for use on its product. When Defendant did perform some product testing and had knowledge of ongoing harm, it failed to adequately remedy its product's defects or warn Plaintiff.

285.    Defendant's product is defective in design and poses a substantial likelihood of harm for the reasons set forth herein, because the products fail to meet the safety expectations of ordinary consumers when used in an intended or reasonably foreseeable manner, and because the products are less safe than an ordinary consumer would expect when used in such a manner. Children and teenagers are among the ordinary consumers of Defendant's products. Indeed, Defendant markets,

1 promotes, and advertises its respective product to pre-teen and young consumers. Pre-teen and

2 young consumers, and their parents and guardians, do not expect Defendant's products to expose

3 them to predators when the products are used in their intended manner by their intended audience.

4 They do not expect the features embedded by Defendant in their products to make it easy for child

5 predators to sign-up for accounts and find children, groom children, and sexually exploit children.

6 They do not expect Defendant's revenue and profits to be directly tied to predators' extortion of

7 children.

8       286.    Defendant's product is likewise defectively designed in that it creates an inherent

9 risk of danger; specifically, a risk of grooming, sexual abuse, and sexual exploitation, which can

10 lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to

11 self-worth, stigma and social isolation, reduced academic performance, increased risky behavior,

12 susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound

13 mental health issues for young consumers, including but not limited to depression, anxiety, suicidal

14 ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

15       287.    The risks inherent in the design of Defendant's product significantly outweigh any

16 benefits of such design.

17       288.    Defendant could have utilized cost-effective, reasonably feasible alternative

18 designs, including changes to the problematic features described above, to minimize the harms

19 described herein, including, but not limited to:

20         a.  Requiring children have parental approval and a parent's email address to sign-

21             up for an account;

22         b.  Effective parental controls;

23         c.  Effective parental notifications, including notifying parents any time a child

24             messages another user, particularly an adult user, or notifying parents when

25             children interact with accounts that have been blocked by other users or

26             suspended in the past, among other controls;

27         d.  Setting default safety settings to the most protective options, including blocking

28             direct messaging between child and adult users, or only allowing messaging

1                between adult users and a child with the parent's explicit permission to message

2                the adult user;

3        e.   Requiring adults to provide a phone number when signing up for an account;

4        f.   Pop-up safety notices within chats and games to warn users about inappropriate

5           behavior;

6        g.   Preventing strangers from sending Robux to child accounts, and preventing

7           children from sending Robux to strangers' accounts;

8        h.   Banning IP and MAC addresses of accounts associated with known abusers;

9        i.   Controlled chat option;

10       j.   Providing a transcript of a child's communications to the parent;

11       k.   Implementing reporting protocols to allow users or visitors of Defendants'

12           products to report child sex abuse material and adult predator accounts

13           specifically without the need to create or log in to the products prior to reporting;

14       l.   Robust age and identity verification;

15       m.  Reasonable age restrictions;

16       n.   Separating adults from children by, for example, creating separate apps for

17           children; and

18       o.   Others as set forth herein.

19    289.   Alternative designs were available that would prevent child predators from finding, grooming, and exploiting children, and which would have served effectively the same purpose of Defendant's products while reducing the gravity and severity of danger posed by those products' defects.

23    290.   Plaintiff used Defendant's respective products as intended or in reasonably foreseeable ways.

25    291.   The physical, emotional, and economic injuries of Plaintiff were reasonably foreseeable to Defendant at the time of its products' development, design, advertising, marketing, promotion, and distribution.

28

292.    Defendant's product was defective and unreasonably dangerous when it left each Defendant's respective possession and control. The defects continued to exist through the products' distribution to and use by consumers, including Plaintiff, who used the products without any substantial change in the products' condition.

293.    As manufacturer, designer and seller, Defendant had a duty to inform itself with the best knowledge of the risks and the defects of its product and Defendant had such knowledge. Their victims, including Plaintiff, were powerless to protect themselves against unknown harms, and Defendant should bear the costs of their injuries.

294.    Plaintiff was injured as a direct and proximate result of Defendant's respective defective designs as described herein. The defective design of the products used by Plaintiff was a substantial factor in causing harms to Plaintiff.

295.    As a direct and proximate result of Defendant's product's defective design, Plaintiff suffered serious and dangerous injuries.

296.    As a direct and proximate result of Defendant's product's defective design, Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

297.    Plaintiff was injured from using Defendant's defective products through no fault of her own. The fact that Plaintiff was injured by using Defendant's products means that Defendant is responsible for the injuries caused by any one of Defendant's products and the burden shifts to Defendant to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

298.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using Defendant's products.

299.    The conduct of Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish Defendant and deter others from like conduct.

1    300.    Plaintiff demands judgment against Defendant for compensatory and punitive

2    damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court

3    deems proper.

4                            **EIGHTH CAUSE OF ACTION**

5                      **STRICT LIABILITY – FAILURE TO WARN**

6                       **(By Plaintiff Against Each Defendant)**

7    301.    Plaintiff incorporates each and every factual allegation set forth above.

8    302.    This claim is brought against Defendant Roblox.

9    303.    At all relevant times, Defendant designed, developed, managed, operated, tested,

10    produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and

11    benefitted from its product used by Plaintiff.

12    304.    These products were designed, manufactured, maintained, controlled and

13    distributed from the California headquarters of Defendant.

14    305.    Defendant's product was designed and intended to be a gaming and/or

15    communication product. The software and architecture of each product is the same for every user

16    that logs on or signs up for an account. These products are uniformly defective and pose the same

17    danger to each minor user.

18    306.    Defendant's product is distributed and sold to the public through retail channels

19    (*e.g.*, the Apple App "Store" and the Google Play "Store").

20    307.    Defendant sold and distributed its product to Plaintiff in a defective and

21    unreasonably dangerous condition by failing to adequately warn about the risk of harm to youth as

22    described herein, including a risk of grooming, sexual abuse, and sexual exploitation, which can

23    lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to

24    self-worth, stigma and social isolation, reduced academic performance, increased risky behavior,

25    susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound

26    mental health issues for young consumers including but not limited to depression, anxiety, suicidal

27    ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

28

1    308.    Defendant was in the best position to know the dangers its products posed to

2    consumers, including Plaintiff, as they had superior knowledge of the risks and dangers posed by

3    their products and had exclusive knowledge of these risks at the time of development, design,

4    marketing, promotion, advertising and distribution. Defendant had exclusive control of its products

5    at all times relevant to this litigation.

6    309.    Defendant's respective product is dangerous, to an extent beyond that contemplated

7    by the ordinary user who used Defendant's products, because they enable predators to find, groom,

8    abuse, and exploit children.

9    310.    Defendant knew or, by the exercise of reasonable care, should have known that its

10    respective product posed risks of harm to youth considering its own internal data and knowledge

11    regarding its product at the time of development, design, marketing, promotion, advertising, and

12    distribution.

13    311.    These risks were known and knowable in light of Defendant's own internal data and

14    knowledge regarding their products at the time of the products' development, design, marketing,

15    promotion, advertising, and distribution to Plaintiff.

16    312.    Defendant's products are defective and unreasonably dangerous because, among

17    other reasons described herein, each Defendant failed to exercise reasonable care to inform users

18    that, among other things:

19               a.    Sexual predators use Defendant's products to find, contact, groom and abuse

20                      children with alarming frequency;

21               b.    Sexual predators use Defendant's products to solicit, produce, and distribute

22                      CSAM with alarming frequency;

23               c.    Sexual predators target young children for CSAM on Defendant's products with

24                      alarming frequency;

25               d.    Sexual predators use Robux to coerce children into sending them nude photos

26                      or engaging in other types of sexually explicit behavior;

27               e.    Defendant's products are designed in a way that enables and increases risk of

28                      exposure to predators and resulting sexual exploitation;

1     f. Defendant's products cause grooming, sexual abuse, and sexual exploitation,

2      and its resultant physical and mental injuries;

3     g. Use of Defendant's products can increase risky and uninhibited behavior in

4      children, making them easier targets to adult predators for sexual exploitation,

5      sextortion, and CSAM;

6     h. Use of Defendant's products can normalize abuse and pornography, leading

7      children to abuse other children either contemporaneously or later when the

8      children are older;

9     i. New users of Defendant's product can identify themselves as minors, begin to

10      use the product, and do so indefinitely, without ever receiving a safety warning,

11      and without ever having to provide information so that Defendants can warn the

12      users' parents or guardians;

13     j. Defendant's failure to verify ages allows children to bypass parental controls,

14      safety features, and default settings;

15     k. The likelihood and severity of harms is greater for children;

16     l. The likelihood and intensity of these harmful effects is exacerbated by the

17      interaction of each product's features with one another; and

18     m. Others as set forth herein.

19  313. Plaintiff was a foreseeable user of Defendant's product.

20  314. Ordinary minor users would not have recognized the potential risks of Defendant's

21 products when used in a manner reasonably foreseeable to Defendant.

22  315. Had Plaintiff received proper or adequate warnings or instructions as to the risks of

23 using Defendant's product, Plaintiff would have heeded the warnings and/or followed the

24 instructions.

25  316. Defendant's failures to adequately warn Plaintiff about the risks of their defective

26 products were a proximate cause and a substantial factor in the injuries sustained by Plaintiff.

27  317. Plaintiff was injured from using Defendants' defective products through no fault of

28 her own. The fact that Plaintiff was injured by using Defendant's products means that Defendant

1   is responsible for the injuries caused by Defendant's products and the burden shifts to Defendant

2   to identify alternative causes of the alleged injuries and apportion responsibility for the alleged

3   injuries.

4        318.    The nature of the fraudulent and unlawful acts that created safety concerns for

5   Plaintiff are not the type of risks that are immediately apparent from using Defendant's products.

6        319.    The conduct of Defendant, as described above, was intentional, fraudulent, willful,

7   wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an

8   entire want of care and a conscious and depraved indifference to the consequences of its conduct,

9   including to the health, safety, and welfare of their customers, and warrants an award of punitive

10  damages in an amount sufficient to punish Defendant and deter others from like conduct.

11       320.    Plaintiff demands judgment against Defendant for compensatory and punitive

12  damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court

13  deems proper.

14  **VII.    <u>PRAYER FOR RELIEF</u>**

15       WHEREFORE, Plaintiff demands judgment against Defendant for the above-referenced

16  claims and causes of action, and as follows:

17       1.   Past, present, and future general damages, the exact amount of which has yet to be

18            ascertained, in an amount which will confirm to proof at time of trial, to compensate

19            Plaintiff for injuries sustained as a result of the use of Defendant's products,

20            including but not limited to physical pain and suffering, mental anguish, loss of

21            enjoyment of life, emotional distress, and expenses for medical treatments;

22       2.   Past, present, and future economic and special damages, according to proof at the

23            time of trial;

24       3.   Impaired earning capacity according to proof at the time of trial;

25       4.   Medical expenses, past and future, according to proof at the time of trial;

26       5.   Punitive or exemplary damages according to proof at the time of trial;

27       6.   Attorneys' fees;

28       7.   For costs of suit incurred herein;

1          8.   Pre-judgment and post-judgment interest as provided by law;

2          9.   For nonmonetary injunctive relief; and

3          10. For such other and further relief as the Court may deem just and proper.

4  **VIII.**   **DEMAND FOR A JURY TRIAL**

5          321.   Plaintiff hereby demands a trial by jury on all claims so triable.

6

7  Date:   October 14, 2025                    Respectfully submitted,

8                                             **DOLMAN LAW GROUP**

9

10                                            By: *Sara Beller*

11                                            Sara D. Beller (SBN 316210)
                                              sara.beller@dolmanlaw.com

12                                            Matthew A. Dolman*
                                              matt@dolmanlaw.com

13                                            R. Stanley Gipe*
                                              stan.gipe@dolmanlaw.com

14                                            800 N. Belcher Rd.
                                              Clearwater, FL 33765

15                                            Telephone: (727) 451-6900
                                              Facsimile: (727) 451-6907

16

17

18                                            *Attorneys for Plaintiff Jane Doe A.S.*

19                                            **Pro Hac Vice* motions forthcoming

20

21

22

23

24

25

26

27

28