Sara D. Beller (SBN 316210)
sara.beller@dolmanlaw.com
Matthew A. Dolman (*pro hac vice* forthcoming)
matt@dolmanlaw.com
R. Stanley Gipe (*pro hac vice* forthcoming)
stan.gipe@dolmanlaw.com
**DOLMAN LAW GROUP**
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

*Attorneys for Plaintiff Jane Doe A.S.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE A.S., | **Matter Relates to MDL No. 3166** |
| Plaintiff, | |
| v. | Case No: 3:25-cv-08756-RS |
| ROBLOX CORPORATION, | ~~[PROPOSED]~~ **ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.** |
| Defendant. | |

This matter comes before the Court on the Motion of Dolman Law Group ("DLG) to withdraw as counsel for Plaintiff A.S. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. DLG's Motion is GRANTED.  DLG and its attorneys are terminated as counsel of record for Plaintiff A.S.

2. Pursuant to Local Rule 11-5(b), DLG is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear pro se or counsel appear on their behalf.

//

1

[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.

IT IS SO ORDERED.

Dated:  July 31, 2026

Hon. Richard Seeborg

United States District Judge

[PROPOSED] ORDER GRANTING DLG'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF A.S.